UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVSION

| | |
|---|---|
| FORD MOTOR COMPANY, FORD GLOBAL TECHNOLOGIES, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERMOTIVE, INC., GREGORY E SCHAFFER,<br><br>Defendants. | 4:17-CV-11584-TGB<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOITON TO DISMISS (DKT. 27) |

This matter is before the Court on Defendants' motion to dismiss Plaintiffs' Amended Complaint (Dkt. 27). The Court held a hearing on May 23, 2018. For the reasons stated on the record, Defendants' motion is **GRANTED IN PART** and **DENIED IN PART**. Specifically, Defendants' motion is **GRANTED** as to Count Five (Trademark Cancellation) of the Amended Complaint, and this Count is hereby **DISMISSED WITH PREJUDICE**. Defendants' motion is **DENIED** as to all remaining Counts (One, Two, Three, Four and Six). Defendants

are hereby ordered to file responsive pleadings to the remaining claims on or before **June 6, 2018**.

The parties are further ordered to meet and confer and submit a joint discovery plan to the Court on or before **June 15, 2018**. The Court will then conduct a telephonic scheduling conference on **June 20, 2018 at 11:15 a.m.** Counsel for PLAINTIFF shall initiate the call and include the Court when all parties are present by calling (313) 234-2640.

Finally, as discussed with counsel at the conclusion of the hearing, counsel is hereby **ORDERED** to meet in person at least twice within two weeks of the date of this order to discuss a possible resolution of this case. The Court will also refer this case to Magistrate Judge Anthony Patti to conduct a settlement conference, by way of separate order.

**SO ORDERED**.

DATED this 23rd day of May, 2018.

                                  BY THE COURT:

                                  s/Terrence G. Berg
                                  TERRENCE G. BERG
                                  UNITED STATES DISTRICT JUDGE

## Certificate of Service

 I hereby certify that this Order was electronically submitted on May 24, 2018, using the CM/ECF system, which will send notification to each party.

             s/A. Chubb
             Case Manager