UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| FORD MOTOR COMPANY, FORD GLOBAL TECHNOLOGIES, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> INTERMOTIVE, INC., GREGORY E SCHAFFER, <br><br> Defendants. | 4:17-CV-11584-TGB <br><br> **<u>TRIAL NOTICE</u>** <br><br> HONORABLE TERRENCE G. BERG |

| EVENT | DEADLINE |
|---|---|
| Motions *in Limine* due | THREE WEEKS before final pretrial conference |
| Final Pretrial Order due | ONE WEEK before final pretrial conference |
| Final pretrial conference and settlement conference | Tuesday, October 03, 2023 at 10:00 a.m. |
| Trial date | Tuesday, October 17, 2023 at 9:00 a.m. |
| Estimated length of trial | 10 days |
| **JURY TRIAL** ||

The following practices shall govern the conduct of this case:

I. **FINAL PRETRIAL CONFERENCE.**

At this conference the Court will discuss trial procedures and final pretrial matters including the trial schedule, parties' proposed voir dire questions and jury instructions, as well as any issues related to witnesses and exhibits. Motions in limine will also be heard at the conference in order to avoid delay in the selection of the jury on the first day of trial. Unless the Court instructs otherwise, the parties must submit their witness lists one week prior to the final pretrial conference. In addition, the parties must also **jointly prepare** and submit their proposed voir dire questions, jury instructions, and verdict form. These jointly prepared documents must be submitted directly to chambers via email to efile_berg@mied.uscourts.gov and should NOT be filed on the docket.

II. **FINAL PRETRIAL ORDER.** The proposed Joint Final Pretrial Order must be submitted through the proposed orders function of CM/ECF on or before the date set by this order. All witnesses must be listed in the Final Pretrial Order. Witnesses may only be added to the Final Pretrial Order by stipulation of the parties and leave of court. Counsel shall follow the procedure outlined

in the court's practice guidelines to prepare for the final pretrial conference and the Final Pretrial Order. The parties shall prepare the Joint Final Pretrial Order in conformance with all of the requirements of Local Rule 16.2.

II.  **REQUIRED PRIOR TO TRIAL.**  <u>At least ONE WEEK</u> prior to the pretrial conference, counsel shall furnish to the court the following:

   1. In jury cases, any requests for <u>VOIR DIRE</u>, proposed <u>JOINT JURY INSTRUCTIONS</u> and the <u>VERDICT FORM</u>. The parties shall file with the court a single set of proposed, stipulated jury instructions and a single, proposed verdict form. The instructions are to be typewritten and double spaced and shall contain references to authority (e.g., "Devitt and Blackmar, Section 11.08"). Additionally, each party shall separately file any additional proposed instructions to which any other party objects. The parties must make a concerted, good faith effort to narrow the areas of

      dispute and to discuss each instruction with a view to reaching an agreement as to an acceptable form.

    2. In a non-jury case, proposed <u>FINDINGS OF FACT</u> and <u>CONCLUSIONS OF LAW.</u>

    3. A statement of claims or defenses, no longer than two pages, suitable to be read to the jury during opening instructions.

III. **EXHIBITS**. Counsel are required to mark all proposed exhibits in advance of trial. Plaintiff's exhibits shall use numbers and Defendant's exhibits shall use letters. A consecutive number and lettering system should be used by each party. The parties are required to exchange marked exhibits three days prior to the start of trial. Counsel are also required to maintain a record of all admitted exhibits during trial. Counsel for each party must keep custody of that party's admitted exhibits during trial. A party who objects to this provision must file a written objection prior to jury selection.

DATED this 27th day of February, 2023.

                                    BY THE COURT:

                                    /s/Terrence G. Berg  
                                    TERRENCE G. BERG  
                                    United States District Judge