UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **FORD MOTOR COMPANY,** a Delaware corporation, and **FORD GLOBAL TECHNOLOGIES, LLC,** a Delaware Limited Liability Company, <br><br>     Plaintiffs/Counter-Defendants, <br><br> v. <br><br> **INTERMOTIVE, INC.,** a California corporation, and **GREGORY E. SCHAFER,** an individual, <br><br>     Defendants/Counter-Plaintiffs. | Case No.: 4:17-cv-11584-TGB-APP <br><br> Judge Terrence G. Berg <br> Mag. Judge Anthony P. Patti <br><br> **JURY TRIAL DEMANDED** |

# ORDER ALLOWING PLAINTIFFS AND DEFENDANTS TO BRING CERTAIN EXHIBITS AND EQUIPMENT INTO THE COURTHOUSE FOR TRIAL AND LIST OF TRIAL ATTENDEES

Trial in this case is scheduled to begin Wednesday, October 18, 2023. The attorneys for the parties have advised the Court that they must bring certain exhibits and equipment into the United States District Courthouse for the trial in this case.

Therefore, at the request of the attorneys for the parties, the following exhibits and materials may be brought into the United States District Court for the

1

Eastern District of Michigan, 231 W. Lafayette, Detroit, Michigan, on or after Monday, October 16, 2023, for use in the trial in this case which is expected to last until the end of October:

**For Ford:**

    1-3 portable dollies or hand trucks
    9 laptop computers for trial team and tech
    9 cell phones (4 attorneys, 4 staff, 1 Trial Tech)
    1 laser pointer
    10+ bankers boxes of exhibits
    Automotive modules (small black boxes with connectors)
    1-2 boxes of office supplies
    Trial presentation table
    Trial tech table (if one not available)
    ELMO presentation equipment
    2-3 Easels and trial boards
    1 rolling White Board
    Extension cords and other peripheral materials.

The following individuals associated with Plaintiffs will/may be present at the trial:

    Brooks Kushman P.C. attorneys:
        John LeRoy
        Marc Lorelli
        Francesca Cusumano
        Reza Roghani Esfahani

    Brooks Kushman P.C. staff:
        E.J. Brooks
        Nicole Chevalier
        Sandra Davis
        Thomas Kondoff
        Gregory Mazurak
        Matthew McCusker
        Catherine Nikkila

      Troy Pippin
      Clinton Savage
      Nicole Solomon
      Shane Soules
      Madeline Withers
      Sean Duffy (Trial Tech)

Bush Seyferth PLLC attorneys:
      Jeffrey Turner
      Justin Weiner

Client (Ford)
      Andrew Pride
      Kristen Zendler

**For InterMotive:**

   1-4 portable dollies or hand trucks
   8 laptop computers for trial team (4 attorney, 4 staff)
   1 laser pointer
   10+ bankers boxes of exhibits
   Automotive modules (small black boxes with connectors)
   Boxes of office supplies
   7 cell phones (4 attorney cell phones and 3 staff cell phones)
   HDMI cords
   Extension cord
   Table
   Scanner
   Printer/paper

The following individuals associated with InterMotive will/may be present at the trial:

   **Howard & Howard Attorneys**
   Andrew M. Grove
   Joseph W. Barber
   Dane M. Lepola
   Gerald E. McGlynn, III

**Howard & Howard Staff**
Kristina Black
Kristi Nash

**Client (InterMotive)**
Gregory E. Schafer

**Trial Equipment Technician**
John Schmitzer

**Courier Service**
Representatives of Cowboy Couriers

      **SO ORDERED.**

                                  /s/Terrence G. Berg
                                  TERRENCE G. BERG
                                  United States District Judge

Dated: October 16, 2023