UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **FORD MOTOR COMPANY,** a Delaware corporation, and **FORD GLOBAL TECHNOLOGIES, LLC,** a Delaware Limited Liability Company, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> **INTERMOTIVE, INC.,** a California corporation, and **GREGORY E. SCHAFER,** an individual, <br><br> Defendants/Counter-Plaintiffs. | Case No.: 4:17-cv-11584-TGB-APP <br><br> Judge Terrence G. Berg <br> Mag. Judge Anthony P. Patti |

### STIPULATED ORDER REGARDING POST-TRIAL BRIEFING DEADLINES

Ford Motor Company, Ford Global Technologies, LLC, InterMotive, Inc., and Gregory Schafer, by their respective undersigned counsel, hereby stipulate and agree to amend the post-trial briefing schedule as follows:

1. If the Court grants—in whole or in part—Ford's Motion for a Bench Trial, *see* ECF 221, the post-trial briefing schedule will proceed as follows:

   a. The parties will submit proposed Findings of Fact and Conclusions of Law on all issues that must be decided by the Court within 28 days of the Court's ruling;

    b. The Court will enter an opinion and order with its Findings of Fact and Conclusions of Law, *see* Fed. R. Civ. P. 52(a)(1), after which it will enter Judgment;

    c. The parties may file any post-trial motions, including Ford's renewed motion for judgment as a matter of law, according to the Federal Rules of Civil Procedure.

    d. Any response briefs are due 28 days after such motions are filed.

    e. Any reply brief will be due 14 days after the filing of the response.

2. If the Court denies Ford's Motion for a Bench Trial, *see* ECF 221, the post-trial briefing schedule will proceed as follows:

    a. The Court will enter Judgment following its ruling;

    b. The parties may file any post-trial motions, including Ford's renewed motion for judgment as a matter of law, according to the Federal Rules of Civil Procedure;

    c. Any response briefs are due 28 days after such motions are filed.

    d. Any reply brief will be due 14 days after the filing of the response.

3. InterMotive need not respond to Ford's Motion for Judgment on Partial Findings or, in the Alternative, Motion for Judgment as a Matter of Law at this time because the Court deferred ruling on that motion, and Ford will renew the motion

pursuant to Fed. R. Civ. P. 50(b) 28 days after the Court enters judgment. *See* ECF 243.

SO ORDERED.

Date: November 21, 2023  /s/Terrence G. Berg
Honorable Terrence G. Berg
United States District Judge

Dated:  November 17, 2023

Stipulated as to form and substance by:

/s/ Joseph W. Barber (w/ permission)
Andrew M. Grove (P48868)
Gerald E. McGlynn III (P41149)
Joseph W. Barber (P82728)
Dane M. Lepola (P82742)
450 W. 4th Street
Royal Oak, MI 48067
Tel: (248) 723-0343
jg@h2law.com
gem3@h2law.com
jwb@h2law.com
depola@howardandhoward.com

*Attorneys for InterMotive, Inc. & Gregory Schafer*

/s/ Justin B. Weiner
Justin B. Weiner (P83594)
BUSH SEYFERTH PLLC
100 W. Big Beaver Road, Suite 400
Troy, MI 48084
Tel: (248) 822-7800
weiner@bsplaw.com

Marc Lorelli (P63156)
John S. LeRoy (P61964)
Reza Roghani Esfahani (P83787)
BROOKS KUSHMAN PC
1000 Town Center, 22nd Floor
Southfield, MI 48075
Tel: (248) 358-4400
Fax: (248) 358-3351
mlorelli@brookskushman.com
jleroy@brookskushman.com
resfahani@brookskushman.com

*Attorneys for Ford Motor Co. & Ford Global Technologies, LLC*