# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **FORD MOTOR COMPANY**, a Delaware corporation, and **FORD GLOBAL TECHNOLOGIES, LLC**, a Delaware Limited Liability Company,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>**INTERMOTIVE, INC.,** a California corporation, and **GREGORY E. SCHAFER**, an individual,<br><br>Defendants/Counter-Plaintiffs. | Civil Action No.: 17-cv-11584<br>Judge Terrence G. Berg<br>Magistrate Judge Anthony P. Patti |

## INTERMOTIVE'S MOTION FOR INCREASED PROFIT AWARD UNDER THE LANHAM ACT

## INDEX OF EXHIBITS

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| A | Declaration of Mark A. Robinson in Support of InterMotive's Post Trial Motions (Exhibits A-C filed under seal) |
| B | Declaration of Kristina Black in Support of InterMotive's Motion for Increased Profit Award Under the Lanham Act |

1