# EXHIBIT B

Part 6 of 6

- Windows based UIM Project Editor software
(see Downloading Software) (http://www.fleet.ford.com/login/)

- The UIM 16-way harnesses 9 (two blunt cut 3' harnesses with connectors). Replacement harnesses are available through the dealership.

- A standard Type B Universal Serial Bus (USB) 2.0 cable (not included- must be provided by the upfitter)



**Left:** UIM as mounted in the 2017MY Super Duty, and interface cables (included) and USB cable (Not included)
**Right:** UIM connectors

### Downloading Software from the Ford Fleet website:
The Windows based UIM project editor software is available through the Ford Fleet website (http://www.fleet.ford.com/login/). Existing Ford Fleet website users may use their current login. New users should follow the instructions listed on "creating an account" via the link provided. If you have questions or need further assistance with the Ford Fleet Website, contact the Ford Fleet Customer Information Center at:

1-800-34-FLEET (1-800-343-5338).
Monday-Friday 8:30 AM-5 PM EST
Or
Contact Ford Fleet via email (**http://www.fleet.ford.com/contact-us/customer-information-center/email-us/**)

**Note:** Ford Motor Company is not responsible for debugging or verifying the function of the customer created UIM program files**.** It is the responsibility of the upfitter to ensure proper function of the software created to complete their upfit.

### UIM signals:
The UIM receives 28 high speed CAN "read only" signals from various vehicle systems, providing upfitter access for aftermarket equipment needs. In addition, the upfitter may provide up to 9 additional inputs. These messages and inputs may be selected by the upfitter in the Project Editor to program the UIM outputs for aftermarket equipment. Note that the UIM has no interaction with vehicle feature functions (with the exception of horn chirp). It is strictly designed to provide outputs for aftermarket equipment.

The UIM provides the following:
- 9 configurable inputs (active low or active high), (blunt cut pigtail connector*)
- 7 Low side driver output pins (blunt cut pigtail connector*)
- 8 High side driver output pins (blunt cut pigtail connector*)
- 25-30 HSCAN signals (descriptive names in the Project Editor)
- *Pigtails with 3 foot jumpers are provided for I/O's to connect to aftermarket devices.

Note: The UIM provides output signals only, and not intended to directly power any aftermarket device. Customer must use external relays to drive any equipment.

| Message | | Message |
|---|---|---|
| Engine Coolant Temp | | Rear Left Door Status |
| Engine Status | | Rear Right Door Status |
| Outside Air Temp | | Driver Door Status |
| A/C Compressor Clutch Status | | Hood Status |
| Cruise Control Mode Status | | Tire Pressure Monitoring System Status |
| Vehicle Speed | | Air Conditioning (A/C) Request |
| Engine Speed (RPM) | | Driver Seat Buckle Status |
| Transmission Oil Temp | | Passenger Seat Buckle Status |
| Automatic Transmission Gear Status | | Restraints Indicator Lamp (RIL) Status |
| Door Lock Status | | Crash Event Severity |
| Ignition Status | | Oil Pressure Lamp Status |
| Crash Event Status | | Malfunction Indicator Lamp (MIL) Status |
| Passenger Door Status | | Vehicle Battery Voltage |
| Odometer Reading | | Fuel Level |

**2017 MY Super Duty UIM location:**

The UIM will be available as an orderable option (order code 18A) on the 2017 MY Super Duty.  The module is located in the interior of the vehicle on the passenger side behind and below the Lower the glove compartment.  To access the UIM:

1. Release the retainers and remove the insulation panel.





Refer to the Body Builder Layout Book for additional guidelines and recommendations.  If you have any questions, please contact the Ford Body Builders Advisory Service as shown in the header of this bulletin.

Originator: BBAS

IM0008750

**Ford Motor Company Upfitter Interface Module (UIM) Examples**

Upfitter Interface Module (UIM) is designed to manage final stage installed equipment thus allowing the upfitter the ability to develop a "smart" logic control.  UIM module is located below the glovebox (Super Duty; if equipped) and includes 3 foot long jumper harness with connectors for interfacing upfitter installed input or output controls.  Upfitters are responsible for developing their interface program logic using the software provided by Ford.  The upfitter will then flash (upload) this configuration to the UIM module via the UIM USB port.

The UIM module and connection harness consists of:

- Configurable inputs (active low or active high)
- Low side driver output pins / High side driver output pins
- Various CAN signals (descriptive names in configuration software)
- Software to configure the UIM
- 3 foot long blunt cut wires with UIM connectors

This document contains UIM configuration examples.  Although the examples are not all inclusive as related to the complete capability of the Ford Upfitter Interface Module (UIM), the examples should serve the upfitter community with process and workflow examples related to "smart" logic development.

**IMPORTANT!  AFTER CREATING A UIM CONFIGURATION USING THE FORD PROVIDED UIM EDITOR, AND HAVE SUCCESSFULLY FLASHED (PROGRAMMED) THE UIM AND VALIDATED VEHICLE OPERATION, BE SURE TO NAME AND SAVE THE UIM CONFIGURATION FILE USING THE VEHICLE VIN NUMBER.**

**Examples**

As with any smart UIM solution, the final stage manufacturers (upfitter) must design, develop and deploy a suitable solution for their customer.  As an upfitter, you will need to create a plan expressed as a "problem to solve" which can be a written document or graphical representation.   The following examples are illustrated in this document.

- Example #1 (low complexity): Enable front facing dash camera when emergency lamps are activated.  The design is in relation to a single input controlling a single output.
- Example #2 (medium complexity): Salt spreader automatically stops when the driver leaves exist vehicle.  The design is spreader disengagement if the vehicle enters either Park or Neutral <u>AND</u> the driver door is open <u>AND</u> the seat belt is unbuckled.
- Example #3 (medium complexity): Salt spreader changes spread volume based on vehicle speed.  The design is volume changes in relation to vehicle speed.
- Example #4 (high complexity): Prevent operation of mechanical device (such as a front mounted auger) when certain engine / vehicle conditions are NOT in range.  The design is equipment disable when all conditions are NOT met.

**Note: You may find it helpful to have the Ford UIM application software open while reviewing these examples.**

## Example #1 – Auto-Enable Dash Cam:

**EXHIBIT**
**312**

Rev: Original

IM0008728

This configuration relies on detecting vehicle START or RUN, emergency lamps ON, and will then enable the dash cam output signal.

Logic flow:

- Ignition Status:
  - ON / RUN          Logic True - Check Emergency Lamp Status
  - OFF                    Logic False / No action / Camera Relay Remains OFF
- Emergency Lamp Status:
  - ON                    Logic True - Enable Dash Camera Control Relay
  - OFF                    Logic False / No action / Camera Relay Remains OFF

Within the UIM application software is a pull down menu.  This configuration will require:

- Input from Emergency Lamp status (12 volt "high" signal located under "Inputs")
- Output (under Outputs) grounds a camera control relay circuit when the logic is TRUE (camera relay provides power to the camera circuit switching the camera to ON) 
- Vehicle Ignition status (CAN data under "Output Logic")

***Configuration Example:***

To configure the Emergency Lamps ON signal start with the Inputs section.  Begin by checking the Enable box.  Add the proper name in the box.  Select the appropriate Input Type and Switch Active configuration. This is Input #1 that will connect via a blunt cut from the upfitter installed "enable" Emergency Lamps ON control switch.



IM0008729

Next add the desired output control located under the Output menu.  Begin by checking the Enable box.
Since the output is a ground signal, use the Low Side section.  Name the item as needed.



Finally, configure the required logic via the pull down menu "Output Logic".  Begin by checking the box.
Since ignition input status is always available, this will remain at the default value. Next select the
Equation "A" editing box.  This opens a configuration window.  Make required choices and select OK.



Rev: Original

IM0008730

Enter the Output Logic result if conditions are TRUE.  Select OK.





Now complete the customer information and save the UIM file using a VIN identifier.  Then flash (program) the UIM with a laptop and USB cable (instructions are detailed in the UIM user guide).  Be sure to export the configuration as an excel file which will be helpful with wiring the appropriate blunt cuts wires.  After flashing and wiring the UIM, test for proper upfit operation.

**IMPORTANT!  AFTER CREATING A UIM CONFIGURATION USING THE FORD PROVIDED UIM EDITOR, AND HAVE SUCCESSFULLY FLASHED (PROGRAMMED) THE UIM AND VALIDATED VEHICLE OPERATION, BE SURE TO NAME AND SAVE THE UIM CONFIGURATION FILE USING THE VEHICLE VIN NUMBER.**

IM0008731

## Example #2 – Disengage Salt Spreader Control

This example illustrates how a salt spreader can be stopped when the driver leaves the vehicle.  The design is spreader disengagement if the vehicle enters either Park or Neutral <u>AND</u> the driver door is open <u>AND</u> the seat belt is unbuckled.

Logic flow:

- Ignition Signal / Salt Spreader Engage Signal:
    - ON / YES             Logic True – Go To Door Status / Seat Belt
    - ON / NO              Logic False -- No action / Spreader Remains OFF
    - OFF/ NO              Vehicle is not running -- Spreader Remains OFF
- Door Status / Seat Belt Status:
    - Closed / Buckled        Logic True – Salt Spreader ON
    - Open / Buckled         Logic False -- No action / Spreader Remains OFF
    - Closed / NOT Buckled    Logic False -- No action / Spreader Remains OFF

Using the UIM application software pull down menu choices, configure the:



- Salt Spreader Enabled Status (Inputs)
- Salt Spreader Control (Output)
- Vehicle Ignition (CAN data under Outputs)
- Seat Belt and Door Status (CAN data under Output Logic)

***Configuration Example:***

Begin by configuring the Salt Spreader Enabled Status signal from the Inputs section.  Check the Enable box.  Add the proper Salt Spreader Enabled Status name.  Select the appropriate Input Type and Switch Active configuration.  This is Input #1 that will connect via a blunt cut from the "enable" control.



IM0008732

Next add the desired output control located under the Output menu.  Begin by checking the box and name the Output accordingly.  Note: This example shows a high-side control signal versus a ground side control.



Finally, configure the logic statement.  Start with ignition equals Start or Run AND Salt Spreader Engaged.



Continue with Drivers Door Closed AND Seat Belt Buckled.  If all statements are TRUE, the output will be active.  If any ONE statement is FALSE, the spreader output will be OFF.



Now complete the customer information and save the UIM file using a VIN identifier.  Then flash (program) the UIM with a laptop and USB cable (instructions are detailed in the UIM user guide).  Be sure to export the configuration as an excel file which will be helpful with wiring the appropriate blunt cuts wires.  After flashing and wiring the UIM, test for proper upfit operation.

**IMPORTANT!  AFTER CREATING A UIM CONFIGURATION USING THE FORD PROVIDED UIM EDITOR, AND HAVE SUCCESSFULLY FLASHED (PROGRAMMED) THE UIM AND VALIDATED VEHICLE OPERATION, BE SURE TO NAME AND SAVE THE UIM CONFIGURATION FILE USING THE VEHICLE VIN NUMBER.**

Rev: Original

IM0008733

## Example #3 -- Salt Spreader Speed Control

This example illustrates how to detect vehicle ignition, salt spreader enabled, and vehicle speed to control a variable output salt spreader.

Logic flow:

- Ignition Status:
    - ON / RUN                   Logic True - Check Salt Spreader Enable Status
    - OFF                      Logic False / No action / Salt Spreader OFF
- Salt Spreader Enable:
    - ON                      Logic True – Check Vehicle Speed
    - OFF                      Logic False / No action / Salt Spreader OFF
- Vehicle Speed (CAN Data):
    - Zero                     Logic True – Salt Spreader OFF
    - >3mph (4.8kph) yet <10MPH (16kph)    Logic True -- Enable Low Speed Relay
    - >10mph (16kph) yet <20mph (32kph)    Logic True -- Enable Medium Speed Relay
    - >20mph (32kph)                 Logic True -- Enable High Speed Relay

Within the UIM application software is a pull down menu choice.  This configuration will require:

- Salt Spreader Enabled Status (Inputs)
- Vehicle Ignition status (CAN data under Outputs)
- Vehicle Speed (CAN data under Outputs)



### *Configuration Example:*

Configure the Salt Spreader Enabled Status signal within the Input section.  Begin by checking the Enable box.  Add the proper Salt Spreader Enabled Status name in the box.  Select the appropriate Input Type and Switch Active configuration.  This is Input #1 that you will connect to a blunt cut "enable" signal from your control device.



IM0008734

Next add the desired output control information located under the Output menu. Begin by checking the four enable boxes. Name the Outputs accordingly (Stop, Low, Medium, High).



Start, spreader speed change and stop command could look like this:

Line #1: Stop if vehicle is at or near a stop

Line #2: Enable Low Speed Spread if >3mph (4.8kph) yet <10MPH (16kph)

Line #3: Enable Medium Speed Spread if >10mph (16kph) yet <20mph (32kph)

Line #4: Enable High Speed Spread when >20mph (32kph)



Now complete the customer information and save the UIM file using a VIN identifier. Then flash (program) the UIM with a laptop and USB cable (instructions are detailed in the UIM user guide). Be sure to export the configuration as an excel file which will be helpful with wiring the appropriate blunt cuts wires. After flashing and wiring the UIM, test for proper upfit operation.

**IMPORTANT!** **AFTER CREATING A UIM CONFIGURATION USING THE FORD PROVIDED UIM EDITOR, AND HAVE SUCCESSFULLY FLASHED (PROGRAMMED) THE UIM AND VALIDATED VEHICLE OPERATION, BE SURE TO NAME AND SAVE THE UIM CONFIGURATION FILE USING THE VEHICLE VIN NUMBER.**

IM0008735

## Example #4 – Prevent Auger Operation If Parameters Not In Range

This configuration illustrates how to use engine parameters and an operator safety switch to disable auger when the conditions are not in range.

**\*\*Note: Since the logic lines cannot contain the entire logical flow, this example illustrates how to tie input-to-output wires together thus manually bridging the logic flows through hard-wiring.**

Logic flow:

- Ignition Status:
    - ON / RUN                      Logic True – Go To Battery Voltage
    - OFF                              Logic False / Auger OFF
- Battery Voltage:
    - > 95%                          Logic True – Go To Engine Temperature
    - <= 94%                        Logic False / Auger OFF
- Engine Temperature:
    - <215F (101.6C)            Logic True – Engine Oil Pressure Lamp Status
    - >=216F (102.2C)          Logic False / Auger OFF
- \*\*Engine Oil Pressure Lamp Status:
    - ON                              Logic True – Go To Operator Safety Switch
    - OFF                             Logic False / Auger OFF
- Operator Safety Switch:
    - ON                              Logic True – Auger ON
    - OFF                             Logic False / Auger OFF

Within the UIM application software is a pull down menu choice.  This configuration will require:

- Operator Safety Switch (Inputs)
- Vehicle Ignition status (CAN data under Outputs)
- Engine Oil Pressure Lamp Status (Outputs)
- Engine Temperature (CAN data under Outputs)
- Battery Voltage status (CAN data under Outputs)
- \*\*Engine Status OK (Output Logic -- Note: Hardwire to Engine Status INPUT wire)
- \*\*Engine Status OK (Inputs Logic -- Note: Hardwire to Engine Status OUTPUT wire)
- AUGER ON Command (Output Logic)



IM0008736

*Configuration Example:*

Configure the Auger Enable signal begin by configuring the Inputs section. Check the boxes, name the Inputs, and select the appropriate attribute (Input Device Type and Switch active).



Next configure the Outputs signals. Check the boxes and name the Outputs.



Finish by configuring the Output Logic as shown. This example uses <u>one output bridged to an input</u> to connect the two software logic lines together. Review the example. The information to the left of Equation A has been omitted (engine Ignition Status). Line #1 of the Output logic controls Line #2.

*Note: These two software lines of logic are connected (hard wired) by tying one UIM Input wire to one UIM Output wire.*



Now complete the customer information and save the UIM file using a VIN identifier. Then flash (program) the UIM with a laptop and USB cable (instructions are detailed in the UIM user guide). Be sure to export the configuration as an excel file which will be helpful with wiring the appropriate blunt cuts wires. After flashing and wiring the UIM, test for proper upfit operation.

**<span style="color:red">IMPORTANT!</span> AFTER CREATING A UIM CONFIGURATION USING THE FORD PROVIDED UIM EDITOR, AND HAVE SUCCESSFULLY FLASHED (PROGRAMMED) THE UIM AND VALIDATED VEHICLE OPERATION, BE SURE TO NAME AND SAVE THE UIM CONFIGURATION FILE USING THE VEHICLE VIN NUMBER.**

Rev: Original

IM0008737

| | |
|---|---|
| **From:** | Gabara, Anna (.) |
| **Sent:** | Friday, August 03, 2012 10:56:53 AM |
| **To:** | Freiburger, Randy (R.M.) |
| **CC:** | Boyd, John (R.); Seashore, Patricia (P.J.) |
| **Subject:** | RE: Flex ATM vs. Upfitter update |

**Attachments:**     AC Clutch Input Process_Arch1 1_Rev009.docx; H567 ATM 14D628 Ford HW Spec_8-1-12_Arc1.1 rev 1.6.doc

Hi Randy,

Completely understood.  I think regardless which supplier we go with we still need a detailed breakdown and understanding of the feature list and I/O.  Attached is an example of a SW feature in the ATM.  If you could put in words how each feature should work then I can help fill in the diagrams and tables for the FS. So only the Section labeled Feature Summary is what we would need on each feature. Also attached is the ATM HW spec which shows the I/O breakdown.

Please let me know if you need help filling these out.

Also, any luck from Intermotive on a DT?

Best Regards,
Anna

---

| | |
|---|---|
| **From:** | Freiburger, Randy (R.M.) |
| **Sent:** | Friday, August 03, 2012 7:16 AM |
| **To:** | Gabara, Anna (.) |
| **Cc:** | Boyd, John (R.); Seashore, Patricia (P.J.) |
| **Subject:** | RE: Flex ATM vs. Upfitter update |

Anna,
Thank you.  We really need a commitment at this point that the product will be there.  I will also need a commitment to deliver to deliver the function that will be displayed in North Carolina next week.
Just concerned the function we have been working towards and are demonstrating to our customers now will be at risk.  Our current competitive disadvantage will be even a wider gap if it is less and/or late.
We should protect ourselves by preparing for the Hardware Review with InterMotive.

Best Regards,

Randy Freiburger
Police/Ambulance/QVM, Supervisor
PDC Bldg. / 1H-J21
Phone:  001-313-805-3709
email:    rfreibur@ford.com

Share the Ford story at www.TheFordStory.com

---

**From:** Gabara, Anna (.)
**Sent:** Thursday, August 02, 2012 7:47 PM
**To:** Freiburger, Randy (R.M.)
**Cc:** Boyd, John (R.); Seashore, Patricia (P.J.)
**Subject:** Flex ATM vs. Upfitter update

Hi Randy,

I just got your voicemail.  Today in the meeting with Flex they said they are fairly confident they could support the Upfitter features and functions.  They would like more details on the SW Application piece to programming the outputs.   John and I committed to having this for them by the end of the day Monday.

Call me tomorrow when you have time and we can work on determining what information we can share with them and more of the call details.

Best Regards,
Anna

**EXHIBIT**

**313**

FORD001707

| | |
|---|---|
| **From:** | Schmatz, Craig (C.A.) <cschmatz@ford.com> |
| **Sent:** | Friday, March 22, 2013 4:16 PM |
| **To:** | Jastrzembowski, Martin (M.) <mjastrze@ford.com> |
| **Cc:** | Haggerty, Terry (T.J.) <thaggert@ford.com>; Taylor, Stuart (S.) <stayl151@ford.com>; Seashore, Patricia (P.J.) <pseashor@ford.com>; Hrecznyj, Michael (.) <mhreczny@ford.com>; Boyd, John (R.) <jboyd22@ford.com>; Van Wiemeersch, John (J.R.) <jvanwiem@ford.com>; Crockett, Dante (D.K.) <dcrocket@ford.com>; Gabara, Anna (.) <agabara@ford.com>; Buchanan, Michael (M.J.) <mbuchana@ford.com>; Freiburger, Randy (R.M.) <rfreibur@ford.com>; Murray, Jim (J.R.) <jmurray@ford.com>; Murphy, Michael (M.L.) <mmurph30@ford.com>; Bolt, Rick (R.S.) <rbolt@ford.com> |
| **Subject:** | RE: Upfitter Interface Module - Update from the EMM Review today with Terry Haggerty & the Core Module team |

As you've heard me mention before, Ram is chipping away at Super Duty – the **undisputed** leader in the segment – and will continue to make inroads into our fleet business unless we provide high impact fleet content.  I'll work on the volumes with marketing and will also look to grow the volumes on other vehicle lines, but I don't agree to drop the content out of the program.

Terry – Please call so we can discuss.

*Craig Schmatz*
Chief Program Engineer P558 Super Duty
PDC 1J-F55
Desk: 313-248-**6832**
**Cell:** 313-282-0073
**Admin:  Charlotte Shevchik**
313-322-4916

---

**From:** Jastrzembowski, Martin (M.)
**Sent:** Friday, March 22, 2013 3:23 PM
**To:** Schmatz, Craig (C.A.); Murphy, Michael (M.L.); Bolt, Rick (R.S.)
**Cc:** Haggerty, Terry (T.J.); Taylor, Stuart (S.); Seashore, Patricia (P.J.); Hrecznyj, Michael (.); Boyd, John (R.); Van Wiemeersch, John (J.R.); Crockett, Dante (D.K.); Gabara, Anna (.); Buchanan, Michael (M.J.); Freiburger, Randy (R.M.); Murray, Jim (J.R.)
**Subject:** Upfitter Interface Module - Update from the EMM Review today with Terry Haggerty & the Core Module team

Craig, Mike, Rick -

In Terry Haggerty, EESE Chief Engineer's EMM today, the core module team reviewed the P558 upfitter interface module.  The meeting started with some background on how this feature started out at <PS> as a "Aftermarket" type module, then between <PS> & <PSC> moved towards an in-house module design, which is why we were Yellow at <PSC> and required a Conformance Plan for the feature not being Application Ready (A/R).  Much of the discussion was centered around the P558 low take rate of this feature (2% or 6,300 units), and some of the recent changes being requested by the Upfitter group, and the resources that would be required to deliver a quality part on time, and based on these hurdles, they felt it did not make sense for the core module team to continue working on this feature.  The P558 Program may need to revert to our back up plan that we identified on the Conformance Plan to provide a connector or blunt cut leads to allow upfitters to attach an aftermarket module when they do their upfits for P558.  Additional direction was given to follow up and try get a commitment for a higher take rate for the feature or to pursue a XVL CR implementation, as it has been suggested there has been interest for this module from other vehicle lines such as Transit and Econoline,  as well as Police units. (D Car).

If you would like, we can ask the module team to review what was presented today with you in an upcoming Marketing PAT or VPAT.

Thanks.

**Marty Jastrzembowski**
P558 Electrical PMT
(313) 805 – 4062
mjastrze@ford.com

EXHIBIT

315

FORD003077

| | |
|---|---|
| **From:** | Tyburski, Ken (K.) |
| **Sent:** | Tuesday, April 02, 2013 10:11:00 AM |
| **To:** | Hrecznyj, Michael (.); Jastrzembowski, Martin (M.); Boyd, John (R.) |
| **Subject:** | RE: 2012/13 Global Features PST |

FYI----Jim Murray has moved to another job outside of SVE. Dick Cupka is replacing Jim (plus Randy Freiburger who has worked on the Upfiletr module is still around).

We all agree that the upfitter module is needed. We understand pros and cons of doing inside. At this point we may need a transition plan, as Dodge is releasing now, and we understand GM will soon follow. Sprinter has just upgraded their Parametric Module option for their vans/cutaways with more features and ease for upfitters and customers. I think commercial competitiveness vs. other OEMS is biggest issue, where they now will be able to order on the factory invoice with full integration into their electrical systems with full warranty coverage(plus they are capable also to fit customers end needs).

Ken Tyburski
Special Vehicle Engineering: BBAS/Product Information
Phone: 313-805-3756
Email: ktybursk@ford.com

---

**From:** Hrecznyj, Michael (.)
**Sent:** Tuesday, April 02, 2013 8:21 AM
**To:** Jastrzembowski, Martin (M.); Boyd, John (R.)
**Cc:** Murray, Jim (J.R.); Tyburski, Ken (K.)
**Subject:** RE: 2012/13 Global Features PST

The reasoning to go in-house for the Upfitter Module is the critical piece:
Features,
Competitiveness,
Futuring,
CAN messages,
Ford Specs,
Factory Installed,
Better business case,
Lessons learned by not doing it in house ex.: FE5
Enabler for "one off" features ex.: firewall for trailer camera/TPMS

Maybe a slide should be created for Craig when he meets with Terry?

Michael Hrecznyj
Ford Motor Company
EESE Advanced Features Development, T407
Phone: 313-805-6829
Email: mhreczny@ford.com

---

**From:** Jastrzembowski, Martin (M.)
**Sent:** Monday, April 01, 2013 4:05 PM
**To:** Hrecznyj, Michael (.); Boyd, John (R.)
**Subject:** RE: 2012/13 Global Features PST

John may have the initial <PS> "Basic Design" file that showed the Intermotive pricing / design assumptions, etc....I am not really sure when we changed to in-house, but that was during the early EFIRST meetings, about when you got involved.

Marty Jastrzembowski
P558 Electrical PMT
(313) 805 -- 4062
mjastrze@ford.com

-----Original Appointment-----
**From:** Hrecznyj, Michael (.) **On Behalf Of** Halseth, Mark (M.A.)
**Sent:** Monday, April 01, 2013 3:39 PM
**To:** Boyd, John (R.); Jastrzembowski, Martin (M.)
**Subject:** FW: 2012/13 Global Features PST
**When:** Wednesday, April 03, 2013 8:00 AM-9:00 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** 1R-F19 with WebEx

John/Martin,

Can one of you go through the history of the Upfitter Module? I can't say I know the history that well. I can pick it up from the time I started.

-----Original Appointment-----
**From:** Halseth, Mark (M.A.)
**Sent:** Monday, April 01, 2013 7:58 AM

EXHIBIT
316

CONFIDENTIAL

FORD060750

**To:** Halseth, Mark (M.A.); Aaron, Mark (M.C.); Bennie, Brian (B.G.); Mika, Paula (P.); Garza, Laura (L.); Dieter, Maria (M.A.); Gresens, Bradley (B.D.); Groth, Larry (L.E.); Hadano, Tadasu (T.); Hammoud, Hassen (.); Hellman, Kristin (K.A.); Hildreth, Brian (B.S.); Hoemmen, Karl (K.F.); Holt, Jeff (J.E.); Hubert, Gregory (G.S.); Jacob, Phil (P.C.); Jahn, Brian (B.C.); Jones, Brock (B.J.); LaWall, Thomas (T.G.); Lemcke, Beatrix (B.); Lupton, Brian (B.L.); Meyer, David (D.H.); Misawa, Gersio (G.M.); Mrozek, Joerg (J.M.); Mustaine, Todd (T.A.); Neuhart, Thomas (T.R.); Oden, Marcus (O.); Pick, Chris (C.); Robertson, Amy (A.L.); Rosen, Julie (J.A.); Sarkisian, Andeni Denni (A.D.); Sharp, Robert (R.G.); Soderquist, Todd (T.); Sprawka, Jason (J.H.); Topouzian, Daron (D.); Trost, David (P.); Van Wiemeersch, John (J.R.); Voormanns, Sabine (S.); Weitman, Lester (L.H.); Wroblewski, Thomas (T.R.); Yeung, Lisa (L.L.); Beggs, Brad (B.D.); Pleet, Edward (E.A.); Gersabeck, David (D.M.); Marchwicki, Julius (J.); VanDagens, Doug (D.R.); Pellizzari, Walter (W.S.); Lefebvre, John (J.B.); Agius, Alicia (A.); Reisen, Samuel (S.E.); Spahl, Robert (R.); Richardson, John (J.D.); McQuaid, Michelle (M.L.); Chechak, Bridget (B.G.); Pupin, Anthony (A.A.); Grandstaff, Ravinder (R.K.); Currie, Dana (L.); Chander, Bala (.); Sawicke, Melissa (.); Dahabra, Mouhanad (M.C.); Beiser, Joe (J.C.); Goddard, Paul (P.A.); Smith, Patrick (P.A.); Morales, Karla (K.); Arceo Diaz, Francisco (FAD.); Rebhun, Andrew (A.S.); Patterson, Craig (C.T.); Jones, Clifford (C.D.); PPC1RF19 Conf. Room; Crockett, Dante (D.K.); Hepaktan, Cenk (CH.); Haggerty, Terry (T.J.); Bertini, Cynthia (C.M.); Mar Orellana, Fernando (FER.); Fravel, William (W.R.); Merrifield, Dean (D.G.); Zhang, Yvonne (L.); Larsen, John (J.B.); Boyd, John (R.); Jastrzembowski, Martin (M.); Freiburger, Randy (R.M.); Murray, Jim (J.R.); Taylor, Stuart (S.); Hrecznyj, Michael (.); Rowling, Katrin (K.); Ribeiro, Katia (K.); Reddy, BJ (.)
**Cc:** Kubacki, Brian (B.); Falconer, Donna (D.); Pauli, Jonathan (J.); Pijls, Walter (WWF.); Kosulinski, Tamara (T.); Kuerten, Inga (I.); Keller, Robert (R.F.); Huebner, Annette (A.L.); Levine, Eric (E.S.); Kubitskey, Mark (M.A.); Schock, Timothy (T.M.); Miranda, Henrique Canto (H.C.); Wu, Yi Hui (Y.); Wang, Jiadong (J.)
**Subject:** 2012/13 Global Features PST
**When:** Wednesday, April 03, 2013 8:00 AM-9:00 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** 1R-F19 with WebEx


Agenda change, Upfitter Module first up....

Agenda:

- Upfitter Module – Michael Hrecznyj 30 min
- Dual USB Smart Charge – Stuart Taylor (tentative, to be confirmed) 30 min


Mark Halseth invites you to an Audio Only Personal Conference Meeting.

---------------------------------------------------------
Audio conference information
---------------------------------------------------------
US Toll Free Number: +1-888-628-3668
FordNet 248-3668 / Toll: +1-313-248-3668
FordNet 248-3668 / Toll*: +1-313-248-3668
Global call-in numbers: https://ford.webex.com/ford/globalcallin.php?serviceType=MC&ED=185108852&tollFree=1
Toll-free dialing restrictions: http://www.webex.com/pdf/tollfree_restrictions.pdf

> Redacted - Confidential

* FordNet 248-3668 / Toll should only be used if the primary number does not work.

---------------------------------------------------------
Use information below only if directed to by the host
---------------------------------------------------------

Optional WebEx Link: https://ford.webex.com/mc
Meeting Number: 719 219 231
> Redacted - Confidential


MC08

http://www.webex.com

CONFIDENTIAL

| From: | Monnan, Syed (S.M.) <smonnan@ford.com> |
|---|---|
| Sent: | Thursday, January 15, 2015 9:09 AM |
| To: | Mince, Robert (R.W.) <rmince@ford.com> |
| Cc: | Seashore, Patricia (P.J.) <pseashor@ford.com> |
| Subject: | RE: 2014 BPR Metric Updates - 13945 Uplifter Interface Module |
| Attach: | 13945x.xlsm |

Rob

After reviewing some older emails from Monifa, I did get some instructions to update an excel file which I believe is this GTDS workbook. So yes, I have updated some basic info within that file. I am not too familiar with it but can update anything that's required. According to the SharePoint the last update in the file shows 12/7/14.

Any further action required, pls let me know. Attached is the copy from SharePoint for your reference.

Thx
Syed

**From:** Mince, Robert (R.W.)
**Sent:** Thursday, January 15, 2015 8:00 AM
**To:** Monnan, Syed (S.M.)
**Cc:** Seashore, Patricia (P.J.)
**Subject:** FW: 2014 BPR Metric Updates - 13945 Uplifter Interface Module

Syed – do you maintain the GTDS workbook for this?

Thanks,

**Rob Mince**
Manager, Global Body & Security Electronics
Dearborn Building S, 1A017
Office: 313.337.5771
Cell: 248.308.4568

**From:** Michalak, Lawrence (L.H.)
**Sent:** Wednesday, January 14, 2015 5:10 PM
**To:** Mince, Robert (R.W.)
**Cc:** Santer, Robert (R.M.); Moore, Paul (P.G.)
**Subject:** RE: 2014 BPR Metric Updates - 13945 Uplifter Interface Module

Thanks Rob, much appreciated.
Could you inform me once the completed <DJ> status is reflected in the workbook?
https://dept.sp.ford.com/sites/OnePortfolio/Books/5100T405/13945x.xlsm

Larry

**From:** Mince, Robert (R.W.)
**Sent:** Wednesday, January 14, 2015 4:52 PM
**To:** Haggerty, Terry (T.J.)
**Cc:** Santer, Robert (R.M.); Moore, Paul (P.G.); Michalak, Lawrence (L.H.)
**Subject:** RE: 2014 BPR Metric Updates - 13945 Uplifter Interface Module

I've confirmed FDJ was planned for September but actually was declared on 10/29/14. The project is ours now to deliver.

**Rob Mince**
Manager, Global Body & Security Electronics
Dearborn Building S, 1A017
Office: 313.337.5771
Cell: 248.308.4568

**From:** Mince, Robert (R.W.)
**Sent:** Wednesday, January 14, 2015 4:28 PM
**To:** Haggerty, Terry (T.J.)
**Cc:** Santer, Robert (R.M.); Moore, Paul (P.G.); Michalak, Lawrence (L.H.)
**Subject:** RE: 2014 BPR Metric Updates - 13945 Uplifter Interface Module

Yes – I've asked Syed Monnan and Pat Seashore to confirm that status and I'll let you guys know ASAP.

EXHIBIT
317

**Rob Mince**
Manager, Global Body & Security Electronics
Dearborn Building 5, 1A017
Office: 313.337.5771
Cell: 248.308.4568

---

**From:** Haggerty, Terry (T.J.)
**Sent:** Wednesday, January 14, 2015 3:46 PM
**To:** Michalak, Lawrence (L.H.); Mince, Robert (R.W.)
**Cc:** Santer, Robert (R.M.); Moore, Paul (P.G.)
**Subject:** RE: 2014 BPR Metric Updates - 13945 Uplifter Interface Module
**Importance:** High

Rob, can you help make sure this project is updated w/ the latest status.

Thanks,
Terry Haggerty
Global Chief Engineer, Research & Advanced EESE
Office: (313) 323-2493, Cell: (313) 805-6816
e-mail: thaggert@ford.com
RIC -- Room 3513 or Building #5 -- Room 3A089

---

**From:** Michalak, Lawrence (L.H.)
**Sent:** Wednesday, January 14, 2015 2:51 PM
**To:** Mince, Robert (R.W.)
**Cc:** Santer, Robert (R.M.); Moore, Paul (P.G.); Haggerty, Terry (T.J.)
**Subject:** 2014 BPR Metric Updates - 13945 Uplifter Interface Module

Bob,
Project 13945 Uplifter Interface Module was scheduled to complete <DJ> in Sept. of last year.
Did the project complete <DJ>?  If not, is there a new date / plane?
Appreciate a response to support 2014 BPR metrics for Project Delivery.
Thanks,
Larry
X83348

---

**From:** Michalak, Lawrence (L.H.)
**Sent:** Monday, January 12, 2015 4:34 PM
**To:** Santer, Robert (R.M.)
**Cc:** Moore, Paul (P.G.); Mince, Robert (R.W.)
**Subject:** FW: 2014 BPR Metric Updates

Bob, Any updates for project 13945 Uplifter Interface Module?  Larry

---

**From:** Michalak, Lawrence (L.H.)
**Sent:** Monday, January 05, 2015 1:17 PM
**To:** Santer, Robert (R.M.)
**Subject:** 2014 BPR Metric Updates

Bob,
It is my understanding that Terry believes he is responsible for assuring ALL of EESE reports project status in an timely manner.
Please see attached – a few projects require updates by the end of the week.
See me with any questions, thanks,
Larry

CONFIDENTIAL – ATTORNEYS EYES ONLY

 **Product Development**   Project Management File

| Product Workbook Version: | 4.2 | Instructions for completing the Project Management Documentation file | 8-Oct-14 |
|---|---|---|---|

## Please refer to the Project and Portfolio Management Help for latest information

**Training:** https://proj.sp.ford.com/sites/GTDS/Web/Help.aspx

**Manual:** https://proj.sp.ford.com/sites/GTDS/Product/Home.aspx

**Please Note:**

The worksheets within this file contain Product Technology Version 2.0 documents for management and reporting of project status and delivery of technologies through to <AR> (Application Readiness). They follow a common, corporate format.  As of December 2009, a common set of deliverables must be established to deliver the technology from <AR> to "<DJ>".  Workplans must be established with core engineering functional areas impacted and implemeting program team.

The key drivers for this revised document format are consistency, ease of use, clarity and improved print and visual output for on-screen presentation at reviews, thereby minimizing the need for duplicate presentation material.

**Protection** - certain worksheet cells are locked and linked to the source sheets/cells, this is to prevent duplicate input for the same information. Pop-up comments indicate the source of data entry.

**On-Screen Help** - Pop-up comments assist with the required input, e.g. . . . .    Project Name

**Full Screen** - each document can be expanded to Full Screen and back to normal view using the buttons at the top of the sheet. This can be used for presentation review forums where the maximum visible screen size is utilized.      

**This workbook contains the following worksheets…**

**Charter**

A project overview to be compiled at the very start of the project. This document is the point of input for much of the core information found in the other worksheet documents together with the Project Management direction of the project, i.e. GTDS Gateways, Key Project Milestones or a combination of both GTDS Gateway or Project Milestone.

**Status**

The key document for managing and reporting overall project progress and health on a regular basis. Most input is from the user, there are some links from the One Pager for core project information and attribute management.

**Risk Log**

A record of key issues on the project, how they are managed the resolution of them.

**Business Summary**

All business assumptions should be entered on this form.  Note:  This form is still under development.

**Gateway Reviews (<TKO>, <RCS>,<CR>,< AR >,< DJ >)**

Progress against gateways from <TKO> through to <AR> is managed on the four Gateway Review sheets.  By clicking on the '+' grouping button, each deliverable can be expanded to reveal 10 sub-deliverable rows.

Detailed tracking of work and progress towards gateway readiness can be managed utilizing the 4 hidden columns and the 10 sub-deliverable blank rows beneath each deliverable. These can be used as appropriate for the project.  <DJ> is added as a reference.  As of December 2009, the old "<IR>" milestone has been integrated into GPDS for Product Technologies.

| **Hidden    Data** |
|---|

FORD003160

GIS1 Item Number: 27.50
GIS2 Classification: Secret

Page 1 of 1
QOS Workbook: v.3.10

Filename:   21d8ebf4-e108-4e8e-a05b-026dc3d9a419
Date Printed:  6/30/2023 1:52 PM

**Ford** Product Development

# Technology Overview

Project Output Type: Product Technology

## 13945 Upfitter Interface Module

Secret

### Statement of Benefit / Problem Statement

Upfitter module offers upfitter providers a flexibility in customizing upfitter features for downstream customers (Police, Ambulance, Rescue, Utility, RV's...)

### Scope / Technical Approach

Upfitter module will be a GUI programable module offering programamble outputs based on boolean logic combinations of switch inputs and CAN signals. Reduce or eliminate Upfitter Service Providers splicing into existing vehicle wiring by prewireing and providing CAN message replacement of hardwired functions (ex idle boost).

| TKO | RCS | CR | AR | DJ |
|---|---|---|---|---|
| 01Jun11 | 22Apr13 | 06May13 | 22Aug13 | 10Sep14 |

### Value Proposition

Upfitter module offers upfitter providers a flexibility in customizing upfitter features for downstream customers (Police, Ambulance, Rescue, Utility, RV's...) Will enable Ford continued dominance in the comercial upfitter market. Chrysler currently offers an upfitter module. Ford version will leapfrog the competition in features, flexability and ease of use.

Customer (mgr/function):

Program: P558 / 01Feb16
Variable Cost Status: 57
Weight Status: 0

Project Lead: SMONNAN
Manager: RMINCE






☐ Lincoln Better Plan

 ☐ Industry First   ☐ Segment First   ☑ Be Competitive

Last Saved: 19Nov14

| Ford Product Development | **Project Charter** | Project Output Type  Product Technology |
|---|---|---|

| Project No. &  Title | 13945 | Upfitter Interface Module |
|---|---|---|

| Project Charter | Approved by | Date | Workplan | Approved by | Date | Key Contacts | Name | CDSID |
|---|---|---|---|---|---|---|---|---|
| 1st Publication | | | 1st Publication | | | Project Leader | Syed Monnan | SMONNAN |
| Latest Revision | | | Latest Revision | | | Manager (of Proj Lead) | Rob Mince | RMINCE |

## Statement of Benefit / Problem Statement

Upfitter module offers upfitter providers a flexability in customizing upfitter features for downstream customers (Police, Ambulance, Rescue, Utility, RV's...)

## Scope / Technical Approach

Upfitter module will be a GUI programable module offering programamble outputs based on boolean logic combinations of switch inputs and CAN signals.  Reduce or eliminate Upfitter Service Providers splicing into existing vehicle wiring by prewireing and providing CAN message replacement of hardwired functions (ex idle boost).

## Decision Expected / Anticipated Outcome

Decision by Marketing, Vehicle Program, FCSD and EESE directors and chief engineers if project meets quality robustness, timing, technical, packaging and business targets at P558 Program milesstone.  Adequate resources allocated and commited per GTDS timing and project requirements by Marketing, Vehicle Program, FCSD and EESE directors, chief engineers and managers.

## Results / Evidence Required to support Outcome Decision

GTDS documentation, GTDS process checks/reviews and IR evidence book

## Customer Information

| Customer / Receiving Manager | | Organization or Functional Area | |
|---|---|---|---|

## Project Resources & Duration

| Worktask No. | |
|---|---|

## Additional Information

<Picture or Diagram here>Note:- Use Copy, Paste to migrate a picture from another unprotected document.
The worksheet protection on this file will **not** allow use of Insert, Picture, From File…..

## Change History

Enter major revisions only

| No. | Date | Description of Change | Cause | Impacts | |
|---|---|---|---|---|---|
| | | | | Charter | WrkPlan |
| 1 | | | | Yes | Yes |
| 2 | | | | Yes | Yes |
| 3 | | | | Yes | Yes |
| 4 | | | | Yes | Yes |
| 5 | | | | Yes | Yes |



| Ford | Product Development | **Workplan** | Project Output: Type Product Technology |
|---|---|---|---|

| **Project No. & Title** | **13945** | Upfitter Interface Module |
|---|---|---|

## Workplan Purpose

To describe, at a high level, steps needed to deliver the project's objectives outlined in the Project Charter.
To support critical resource allocation containability actions by providing a form to elicit resource requirements from project leaders.
May include deliverables, targets, tasks, resources, timing/duration, personnel, etc. (see example below)
This workplan is not intended to list every task required to deliver the project. A more detailed Project plan can be developed for that purpose.

## Suggested Method / Questions

Start by answering the following questions:
What do we need to deliver to meet the objectives described in the charter?
How will we know we have met those deliverables (measure of success/target)?
What tasks need to be performed to meet the deliverables?
What resources are required? These may include hardware (e.g. test bench, single cylinder engine, steady-state dyno, vehicle, etc.)
or software (CAE etc.)
What is the timing? Are resources available in that timing?
Who (especially from non-R&A organizations) is required?

## High Level WorkPlan Example / Guideline

| Deliverable | Measure of Success/ Assessment Criteria (Target) | Assessment Method (Task) | Task #* | Resource Needed | Timing | Responsibility | Organization | Resource Contained/ Agreed? |
|---|---|---|---|---|---|---|---|---|
| Subset of signals to be read off CAN | List of signals | Compare signals to Benchmarking info | 1 | Netcom | 01/15/2013 - 04/28/2013 | Pat Henderlong | Program | Yes |
| Basic functions defined | Hardware Spec | AR milestone Technical meeting with piers | 2 | FCSD/Program | 01/15/2013 - 04/28/2013 | Michael Hrecznyj | FCSD/Program | Yes |
| Number and type of I/O | Hardware Spec | AR milestone Technical meeting with piers | 3 | EESE | 01/15/2013 - 04/28/2013 | Michael Hrecznyj | EESE | Yes |
| Subset of CAN signals to be published | List of signals | AR milestone Technical meeting with piers | 4 | Netcom | 01/15/2013 - 04/28/2013 | Michael Hrecznyj | EESE | Yes |
| Business Case | TARR Complete | AR milestone program meeting | 5 | Finance, Marketing | 01/15/2013 - 04/28/2013 | Sorensen, Martha | Program | Yes |
| Packaging | Module Dimensions Hardware Spec Bracket Y/N | AR milestone Technical meeting with piers | 6 | Program | 01/15/2013 - 04/28/2013 | Anna Gabara | EESE | Yes |
| GUI Design | Functional Spec | Technical meeting with piers | 7 | EESE | 01/15/2013 - 04/28/2013 | Flextronics/Ford HMI | Supplier | Yes |
| USB Connector Part Number | Part Number | Part Number | 8 | EESE | 01/15/2013 - 04/28/2013 | Jack Huling | EESE | Yes |
| Kits | Hardware Spec | FCSD Agreement | 9 | FCSD/Program | 01/15/2013 - 04/28/2013 | Jim | FCSD | Yes |
| SA TDR | Review, Meeting Notes | Technical meeting with piers | 10 | EESE/Program | 01/15/2013 - 04/28/2013 | Michael Hrecznyj | EESE | Yes |
| AR-DVP | DVP | Technical meeting with piers | 11 | EESE/Program | 01/15/2013 - 04/28/2013 | Michael Hrecznyj | EESE | Yes |
| Boundry Diagram | Diagram | Technical meeting with piers | 12 | EESE/Program | 01/15/2013 - 04/28/2013 | Michael Hrecznyj | EESE | Yes |
| DFMEA | DFMEA | Technical meeting | 13 | EESE/Program | 01/15/2013 - 04/28/2013 | Michael | EESE | Yes |
| RFQ | SOB | SOBA | 14 | Purchasing | 10/30/2013 | Michael | EESE | Yes |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

GIS1 Item Number: 27.50
GIS2 Classification: Secret
Page 1 of 4
QOS Workbook: v.3.10
Filename: 21d8ebf4-e108-4e8e-a05b-026dc3d9a419
Date Printed: 6/30/2023 1:52 PM

GIS1 Item Number: 27.50
GIS2 Classification: Secret

Page 2 of 4
QOS Workbook: v.3.10

Filename: 21d8ebf4-e108-4e8e-a05b-026dc3d9a419
Date Printed: 6/30/2023 1:52 PM



GIS1 Item Number: 27.50
GIS2 Classification: Secret

Page 3 of 4
QOS Workbook: v.3.10

Filename:   21d8ebf4-e108-4e8e-a05b-026dc3d9a419
Date Printed:   6/30/2023 1:52 PM

GIS1 Item Number: 27.50
GIS2 Classification: Secret

Page 4 of 4
QOS Workbook: v.3.10

Filename:   21d8ebf4-e108-4e8e-a05b-026dc3d9a419
Date Printed:   6/30/2023 1:52 PM

| Ford Product Development | Resource Summary | Project Output Type Product Technology |
|---|---|---|

| Project No. & Title | 13945 | Upfitter Interface Module |
|---|---|---|

## Team Members and/or Personnel with Unique Skill Set

### Personnel or Agency

| CDS ID | Name / Skill description | CDS ID | Name / Skill description |
|---|---|---|---|
| | Marketing | | |
| | Program Finance | | Program Finance:  Sorensen, Martha |
| | EPMT | | EPMT:  Martin Jastrzembowski |
| | EESE | | EESE:  Pat Seashore/Syed Monnan |
| | FCSD | | FCSD:  Freiburger, Randy |
| | FCSD | | FCSD:  Murray, Jim (J.R.) |

### Purchased Services

### Supplier and other Personnel (non-core resources)

Is this a supplier led project? Or does a supplier(s) have a critical role in the technology development

## Project Costs / Resources

### Budget / Resource Estimates

| Current Calendar Year: | | | Next Calendar Year: | | | Summarize Project Costs & Resources on Project Charter |
|---|---|---|---|---|---|---|
| Department | Heads | Material ($ 000 | Department | Heads | Material ($ 000 | Comments |
| Totals: | 0 | $0 | Totals: | 0 | $0 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### Testing & Facilities Required

**Internal Testing:  Describe / List resources (Ford PD) required to complete testing**

FSS (Magna Closures) responsible for all testing

**External Testing:  Describe / List external resources (unique to Ford) required to complete testing**

FSS (Magna Closures) responsible for all testing

**Facilities:  Describe / List any facilities (unique to Ford) required to complete testing or other project work**

FSS (Magna Closures) responsible for all testing

## ADDITIONAL INFORMATION

This is a test description

| Ford Product Development | PROJECT STATUS | Project Output Type Product Technology |
|---|---|---|

| Project No. & Title | 13945 | Upfitter Interface Module |
|---|---|---|

## Project Status and Gateways

| | | Gateway Plan | | | | Peer Reviews | | Gateway Comments |
|---|---|---|---|---|---|---|---|---|
| Gateway | Target | Commitment | Actual | Outcome | | Target | Actual | This is a test for comments. |
| <TKO> | | | 1-Jun-11 | Continue to <RCS> | | N/A | N/A | |
| <RCS> | | | 22-Apr-13 | Continue to <CR> | | - | - | |
| <CR> | | | 6-May-13 | Continue to <AR> | | - | - | |
| <AR> | | | 22-Aug-13 | Continue to <DJ> | | - | - | |
| <DJ> | 10-Sep-14 | 10-Sep-14 | - | - | | N/A | N/A | |

| Project Status | | Project Status Comments |
|---|---|---|
| OVERALL: | Green | 11/19/14: No known issues as of now. FNOS review was complete on 11/17/14 |
| Project Managmnt.: | Green | |
| Business: | Green | |
| Technical: | Green | |

## Issues & Roadblocks

| | Issues & Roadblocks | Resolution Plans - actions to resolve or close the Issue | Owner | Due Date |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |

## Progress and Recent Developments    - progress and key activities since the last update

| | Activity |
|---|---|
| 1 | 11/19/14: No known issues as of now. FNOS review was complete on 11/17/14 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

## System/Subsystem & Supplier Summary

| System / SubSystem | Primary / Secondary | Supplier | | GCBP | | Buyer | Comments / Status |
|---|---|---|---|---|---|---|---|
| | | Development | Production | Aware | Agree | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## Intelectual Property Patents & Invention Disclosures

| |
|---|
| |
| |

GIS1 Item Number: 27.50
GIS2 Classification: Secret

Page 2 of 1
QOS Workbook: v.4.00

Filename:   21d8ebf4-e108-4e8e-a05b-026dc3d9a419
Date Printed:   6/30/2023 1:52 PM

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ford** Product Development | | | **Project Risk Log** | | | | | | | **Project Output Type Product Technology** | | |

| Project No. & Title | 13945 | Upfitter Interface Module |
|---|---|---|

| | | Project Leader: | Syed Monnan |
|---|---|---|---|

| | | | | | - - - - - - - Risk - - - - - - - | | | | | | | | - - - - - - - - Action - - - - - - - - | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| ID | Date Raised | Originator | Risk Description | Category/ Type | Probability | Impact | Risk Rating | Proximity (when) | Owner | Responses / Countermeasures | Last Update | Status | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10/10/13 | mhreczny | Scope creep | Organisationa | | | | | | | | | |
| 2 | 10/10/13 | mhreczny | wake ups keep module awake | Technical | | | | | | document in user manual | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| | | | | | - - - - - - - Risk - - - - - - - | | | | | | - - - - - - - Action - - - - - - - | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ID | Date Raised | Originator | Risk Description | Category/ Type | Probability | Impact | Risk Rating | Proximity (when) | Owner | Responses / Countermeasures | Last Update | Status | Comments |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

**Ford** Product Development

# Business Summary

Project Output
Type Product
Technology

| Project No. & Title | 13945 | Upfitter Interface Module |
|---|---|---|

## Value Proposition

Upfitter module offers upfitter providers a flexibility in customizing upfitter features for downstream customers (Police, Ambulance, Rescue, Utility, RV's...) Will enable Ford continued dominance in the comercial upfitter market. Chrysler currently offers an upfitter module. Ford version will leapfrog the competition in features, flexability and ease of use.

## Strategic Fit / Risk of Not Doing

Risk of Not Doing: Loss of revenue, vehicle sales and prestege in the Upfitter market (Police, Ambulance, Rescue, Utility, RV's...).

## Business Assessment

### Key Business Measures

#### <RCS> Target Ranges

| | |
|---|---|
| Absolute Variable Cost Range: | |
| Variable Cost (to comparator / +/-): | |
| Investment Range (production): | 3.11M |

3.11M Includes EESE headcount

| Approx. Weight Change (Absolute): | |
|---|---|

Add brief comments here

#### <CR> / <AR> Target / Status

| | Target | Status |
|---|---|---|
| Variable Cost (Absolute): | 165 | 57 |
| Variable Cost (Relative): | | |

165 was the target using an after market unit. Competitive qoute brought down the system cost to 57. Revenue is at 260.

| Approx. Weight Change (Absolute): | Target | Status |
|---|---|---|
| | approx 220g | |

Add brief comments here

### Market / Vehicle Impact Assesment

| Enter Intro year for Market / Vehicle | | | | Comments / Potential Migration |
|---|---|---|---|---|
| | Americas | Europe | Asia | Upfitter Module is planned for a cross vehicle migration to all vehicles retrofitted in the after market: trucks, vans, cars. |
| B | | | | |
| C | | | | |
| C/D | | | | |
| D | | | | |
| C. Trk | | | | |
| FS Trk | 2016 | | | |
| Other | | | | |

#### Vehicle Program Plans

| | Vehicle Name | Program Code | Volume (000s) | Job #1 (Date) | Included in GTCP? | Customer Feature? Yes / No | Std. / Opt. | GFCP |
|---|---|---|---|---|---|---|---|---|
| 1st App. | Super Duty | P558 | | 1-Feb-16 | No | No | Optional | Yes |
| 2nd App. | | | | | No | No | Standard | No |

Current TARR is at or above 62%. TARR will increase with additional volumes from other platforms, decreased investment or decrease piece price. Follow on programs will have application costs: testing, bracket, bracket tooling, packaging,

### Estimated Program Production Costs

| Facilities & Tooling: | $267,500 | $K |
|---|---|---|
| Engineering: | $1,200 | $K |
| Launch: | | $K |
| Total Program Investment: | | $K |

### Comments

Engineering costs is ED&T of 1.2M paid over 3 years with 9% interest

## Attribute Assessment

| Attributes | Subjective Impact ± % | Target | Planned Attribute Activity | Comments / Status |
|---|---|---|---|---|
| 1st | | | | |
| 2nd | | | | |
| 3rd | | | | |
| 4th | | | | |
| 5th | | | | |
| 6th | | | | |

## Additional Information

Enter comments related to Value Assessment not already documented. Include information such as Manufacturing assumptions/requirements, serviceability, etc. NOTE: Risks should be listed on the "Risk" tab.

| Ford Product Development | <TKO> Technology Kick-Off | Project: Output<br>Type Product<br>Technology |
|---|---|---|

| Project No. & Title | 13945 | Upfitter Interface Module |
|---|---|---|

| | Project Leader: | Syed Monnan |
|---|---|---|

| Phase/<br>Deliv N° | M/D/C/O/V | Deliverable | Status<br>RYG Close by | Evidence | Comments & Actions |
|---|---|---|---|---|---|
| | | **Project Management** | | {insert hyperlink here} | |
| TKO-1.1 | M | **Project Charter Initiated** | G | Upfitter Evidence eRoom | |
| TKO-1.2 | M | **High-Level Workplan Approved** | G | Upfitter Evidence eRoom | |
| TKO-1.3 | M | **Resource and Status Worksheets Completed** | G | Upfitter Evidence eRoom | |
| TKO-1.4 | M | **Project Risk Sheet Completed** | G | Upfitter Evidence eRoom | |
| TKO-1.5 | M | **<RCS> Workplan with Target Date Completed** | G | Upfitter Evidence eRoom | |
| TKO-1.6 | M | **<TKO> Gateway Review Completed** | G | Upfitter Evidence eRoom | |
| TKO-1.7 | M | **Project Information Archived and <TKO> Checksheet Signed-off** | G | Upfitter Evidence eRoom | |

## Gateway Review Agreements

| | Signatures | Date |
|---|---|---|
| Project Leader | | |
| Manager | | |

**Outcome**  Continue to <RCS>  **Date:** 01-Jun-11

| Gateway Attendance | Comments & Actions |
|---|---|
| | |

GIS1 Item Number: 27.50  
GIS2 Classification: Secret  
Page 1 of 1  
QOS Workbook: v.3.10  
Filename: 21d8ebf4-e108-4e8e-a05b-026dc3d9a419  
Date Printed: 6/30/2023 1:52 PM

| Ford Product Development | <RCS> Requirements and Concept Selection | Project Output Type Product Technology |
|---|---|---|

| Project No. & Title | 13945 | Upfitter Interface Module |
|---|---|---|

| | | Project Leader: | Syed Monnan |
|---|---|---|---|

| Phase/ Deliv N° | MDOQW | Deliverable | Status RYG | Close by | Evidence | Comments & Actions |
|---|---|---|---|---|---|---|
| | | **Project Management** | | | | |
| RCS-1.1 | M | **Project Charter Updated and Approved** | G | | | {insert hyperlink here} |
| RCS-1.2 | M | **High-Level Workplan Updated and Approved** | G | | Upfitter Evidence eRoom | |
| RCS-1.3 | M | **Resource and Status Worksheets Updated** | G | | Upfitter Evidence eRoom | |
| RCS-1.4 | M | **<RCS> Commitment Date Confirmed** | G | | Upfitter Evidence eRoom | |
| RCS-1.5 | M | **Project Risk Sheet Updated** | G | | Upfitter Evidence eRoom | |
| RCS-1.6 | M | **<CR> Workplan with Target Date Complete** | G | | Upfitter Evidence eRoom | |
| RCS-1.7 | M | **<RCS> Gateway Review Completed** | G | | Upfitter Evidence eRoom | |
| RCS-1.8 | M | **Project Information Archived and <RCS> Checksheet Signed-off** | G | | Upfitter Evidence eRoom | |
| | | **Business** | | | | |
| RCS-2.1 | D | **Business Value Proposition Created** | G | | Upfitter Evidence eRoom | |
| RCS-2.2 | D | **Relative Cost Impact Assessed** | G | | Upfitter Evidence eRoom | |
| RCS-2.3 | D | **Supplier Identification/Selection Completed** | G | | Upfitter Evidence eRoom | |
| RCS-2.4 | D | **Market / Vehicle Impact Assessment Completed** | G | | Upfitter Evidence eRoom | |
| RCS-2.5 | D | **Intellectual Property Protected** | G | | Upfitter Evidence eRoom | |
| RCS-2.6 | D | **Preliminary Business and Attribute improvement Ranges Established** | G | | Upfitter Evidence eRoom | |
| RCS-2.7 | D | **Global Technology Cycle Plan (GTCP) - Initial Entry Published** | G | | Upfitter Evidence eRoom | |
| | | **Technical** | | | | |
| RCS-3.1 | C | **Customer Use Cases Developed** | G | | Upfitter Evidence eRoom | |
| RCS-3.2 | D | **Attribute Requirements Defined** | G | | Upfitter Evidence eRoom | |
| RCS-3.3 | D | **Corporate Standards and Regulatory Requirements Reviewed** | G | | Upfitter Evidence eRoom | |
| RCS-3.4 | D | **Benchmarking Conducted and Lessons Learned Reviewed** | G | | Upfitter Evidence eRoom | |
| RCS-3.5 | D | **Ideal Functions Identified** | G | | Upfitter Evidence eRoom | |
| RCS-3.6 | D | **Requirements on Ideal Functions Developed** | G | | Upfitter Evidence eRoom | |
| RCS-3.7 | D | **P-diagrams and Boundary Diagrams Created** | G | | Upfitter Evidence eRoom | |
| RCS-3.8 | C | **CTS Requirements & Scope Agreed** | G | | Upfitter Evidence eRoom | |
| RCS-3.9 | D | **Hardware and Controls Strategy Concepts Generated** | G | | Upfitter Evidence eRoom | |
| RCS-3.10 | D | **Models (Transfer Functions) Generated** | G | | Upfitter Evidence eRoom | |
| RCS-3.11 | C | **Top Concepts Chosen** | G | | Upfitter Evidence eRoom | |

GIS1 Item Number: 27.50
GIS2 Classification: Secret
Page 1 of 2
QOS Workbook: v.3.10
Filename: 21d8ebf4-e108-4e8e-a05b-026dc3d9a419
Date Printed: 6/30/2023 1:52 PM

| | | | | | |
|---|---|---|---|---|---|
| RCS-3.12 | C | **Criteria and Evidence for Concept Selection Developed** | G | Upfitter Evidence eRoom | |
| RCS-3.13 | C | **Primary Concept and Controls Architecture Selected** | G | Upfitter Evidence eRoom | |
| RCS-3.14 | D | **<RCS> Technology Design Reviewed** | G | Upfitter Evidence eRoom | |

## Peer Review

Target Date: [        ]        Actual Date: [        ]        Also refer to detail Peer Review comments in hidden columns AJ-AK in this electronic file.

| Peer Review Participants | Peer Review Comments |
|---|---|
| | |

## Gateway Review Agreements

| Signatures | | Date | | | |
|---|---|---|---|---|---|
| Project Leader | | | Outcome | Continue to <CR> | Date: 22-Apr-13 |
| Manager | | | | | |

| Gateway Attendance | Comments & Actions |
|---|---|
| | |

| Other Signatures (as required by local departments / managers) | | | | | |
|---|---|---|---|---|---|
| | Name | Date | | Name | Date |
| Director R&A | | | Attribute Leader(s) | | |
| Chief Engineer | | | Core Eng. Chief Engineer | | |
| TBD | | | Program Chief Engineer (CPE/CNE) | | |
| TBD | | | TBD | | |

GIS1 Item Number: 27.50
GIS2 Classification: Secret
Page 2 of 2
QOS Workbook: v.3.10
Filename:   21d8ebf4-e108-4e8e-a05b-026dc3d9a419
Date Printed:   6/30/2023 1:52 PM

| Ford Product Development | **<CR> Concept Readiness** | Project Output Type Product Technology |
|---|---|---|

| Project No. & Title | 13945 | Upfitter Interface Module |
|---|---|---|

| | Project Leader: | Syed Monnan |
|---|---|---|

| Phase/Deliv N° | MDIGW | Deliverable | Status RYG Close by | Evidence | Comments & Actions |
|---|---|---|---|---|---|
| **Project Management** | | | | | {insert hyperlink here} |
| CR-1.1 | | Project Charter Updated and Approved | G | | Upfitter Evidence eRoom |
| CR-1.2 | | High-Level Workplan Updated and Approved | G | | Upfitter Evidence eRoom |
| CR-1.3 | | Resource and Status Worksheets Updated | G | | Upfitter Evidence eRoom |
| CR-1.4 | | <CR> Commitment Date Confirmed | G | | Upfitter Evidence eRoom |
| CR-1.5 | | Project Risk Sheet Updated | G | | Upfitter Evidence eRoom |
| CR-1.6 | | <AR> Workplan with Target Date Complete | G | | Upfitter Evidence eRoom |
| CR-1.7 | | <CR> Gateway Review Completed | G | | Upfitter Evidence eRoom |
| CR-1.8 | | Project Information Archived and <CR> Checksheet Signed-off | G | | Upfitter Evidence eRoom |
| **Business** | | | | | |
| CR-2.1 | | Business Value Proposition Updated | G | | Upfitter Evidence eRoom |
| CR-2.2 | | Relative Cost Impact Updated | G | | Upfitter Evidence eRoom |
| CR-2.3 | | Supplier Identification/Selection Updated | G | | Upfitter Evidence eRoom |
| CR-2.4 | | Market / Vehicle Impact Assessment Updated | G | | Upfitter Evidence eRoom |
| CR-2.5 | | Updated - Intelectual Property Protected | G | | Upfitter Evidence eRoom |
| CR-2.6 | | Bill of Material (BoM) created | G | | Upfitter Evidence eRoom |
| CR-2.7 | | Business and Attribute Improvement Targets Established | G | | Upfitter Evidence eRoom |
| CR-2.8 | | Global Technology Cycle Plan (GTCP) - Target Vehicle and Timing Published | G | | Upfitter Evidence eRoom |
| **Technical** | | | | | |
| CR-3.1 | | Customer Use Cases Updated | G | | Upfitter Evidence eRoom |
| CR-3.2 | | Corporate Standards and Regulatory Requirements Updated | G | | Upfitter Evidence eRoom |
| CR-3.3 | | Benchmarking Updated | G | | Upfitter Evidence eRoom |
| CR-3.4 | | Attribute Requirements Updated | G | | Upfitter Evidence eRoom |
| CR-3.5 | | Ideal Functions Updated | G | | Upfitter Evidence eRoom |
| CR-3.6 | | Requirements on Ideal Functions Refined | G | | Upfitter Evidence eRoom |
| CR-3.7 | | P-diagrams and Boundary Diagrams Refined | G | | Upfitter Evidence eRoom |
| CR-3.8 | | Hardware & Controls Interface Requirements Developed and System Constraints Identified | G | | Upfitter Evidence eRoom |
| CR-3.9 | | Design for X ( FMEM & Diagnostics, Safety, Manufacturing, Implementation, Service and Maintenance) Requirements Initiated | G | | Upfitter Evidence eRoom |

GIS1 Item Number: 27.50
GIS2 Classification: Secret
Page 1 of 2
QOS Workbook: v.3.10
Filename: 21d8ebf4-e108-4e8e-a05b-026dc3d9a419
Date Printed: 6/30/2023 1:52 PM

| | | | | |
|---|---|---|---|---|
| CR-3.10 | Compatibility With Other Planned Technologies Assessed | G | Uplifter Evidence eRoom | |
| CR-3.11 | Models (Transfer Functions) Refined | G | Uplifter Evidence eRoom | |
| CR-3.12 | System Design Developed and Design Specifications/Rules Created | G | Uplifter Evidence eRoom | |
| CR-3.13 | Sub-system Requirements Defined | G | Uplifter Evidence eRoom | |
| CR-3.14 | Sub-System P-diagrams and Boundary Diagrams  Created | G | Uplifter Evidence eRoom | |
| CR-3.15 | Sub-system Design Developed and Design Specifcations/Rules Updated | G | Uplifter Evidence eRoom | |
| CR-3.16 | Quality History Analyzed | G | Uplifter Evidence eRoom | |
| CR-3.17 | FMEA(s) Conducted | G | Uplifter Evidence eRoom | |
| CR-3.18 | OK to Build <CR> Demonstrator (CR DJ) | G | Uplifter Evidence eRoom | |
| CR-3.19 | Robustness Checklist Created | G | Uplifter Evidence eRoom | |
| CR-3.20 | DVP Created | G | Uplifter Evidence eRoom | |
| CR-3.21 | <CR> - level DVP Executed and Reported | G | Uplifter Evidence eRoom | |
| CR-3.22 | Concept Robustness Assessed | G | Uplifter Evidence eRoom | |
| CR-3.23 | Attribute & Functional Trade-Offs Performed | G | Uplifter Evidence eRoom | |
| CR-3.24 | <CR> Technology Demonstrated (CR DC) | G | Uplifter Evidence eRoom | |

## Peer Review

Target Date: _____      Actual Date: _____

Also refer to detail Peer Review comments in hidden columns AJ-AK in this electronic file.

| Peer Review Participants | Peer Review Comments |
|---|---|
| | |

## Gateway Review Agreements

| | Signatures | Date |
|---|---|---|
| Project Leader | | |
| Manager | | |

Outcome [ Continue to <AR> ]   Date: [ 06-May-13 ]

| Gateway Attendance | Comments & Actions |
|---|---|
| Reitz Graydon | Conformance Plan approved to reach AR by 8/22/13 |

### Other Signatures (as required by local departments / managers)

| | Name | Date | | Name | Date |
|---|---|---|---|---|---|
| Director R&A | | | Attribute Leader(s) | | |
| Chief Engineer | | | Core Eng. Chief Engineer | | |
| TBD | | | Program Chief Engineer (CPE/CNE) | | |

GIS1 Item Number: 27.50
GIS2 Classification: Secret
Page 2 of 2
QOS Workbook: v.3.10
Filename:   21d8ebf4-e108-4e8e-a05b-026dc3d9a419
Date Printed:  6/30/2023 1:52 PM

| TBD | | | TBD | | |
|---|---|---|---|---|---|
| | | | | | |

GIS1 Item Number: 27.50
GIS2 Classification: Secret

Page 3 of 2
QOS Workbook: v.3.10

Filename: 21d8ebf4-e108-4e8e-a05b-026dc3d9a419
Date Printed: 6/30/2023 1:52 PM

| Ford | Product Development | **\<AR\> Application Readiness** | **Project Output** **Type Product** **Technology** |
|---|---|---|---|

| **Project No. & Title** | 13945 | Upfitter Interface Module | |
|---|---|---|---|

| | | **Project Leader:** | Syed Monnan |
|---|---|---|---|

| Phase/ Deliv N° | MDSCW | **Deliverable** | **Status** RYG Close by | Evidence | **Comments & Actions** |
|---|---|---|---|---|---|
| | | | | | {insert hyperlink here} |

**Project Management**

| Phase/ Deliv N° | | Deliverable | Status | Evidence | Comments & Actions |
|---|---|---|---|---|---|
| AR-1.1 | | Project Charter Updated and Approved | G | Upfitter Evidence eRoom | |
| AR-1.2 | | High-Level Workplan Updated and Approved | G | Upfitter Evidence eRoom | |
| AR-1.3 | | Resource and Status Worksheets Updated | G | Upfitter Evidence eRoom | |
| AR-1.4 | | \<AR\> Commitment Date Confirmed | G | Upfitter Evidence eRoom | |
| AR-1.5 | | Project Risk Sheet Updated | G | Upfitter Evidence eRoom | |
| AR-1.6 | | \<AR\> Gateway Review Completed | G | Upfitter Evidence eRoom | |
| AR-1.7 | | \<AR\> Technology Demonstrated (AR DC) Project Information Archived and \<AR\> Checksheet Signed-off | G | Upfitter Evidence eRoom | |

**Business**

| Phase/ Deliv N° | | Deliverable | Status | Evidence | Comments & Actions |
|---|---|---|---|---|---|
| AR-2.1 | | Business Value Proposition Updated | G | Upfitter Evidence eRoom | |
| AR-2.2 | | System / Sub-System Documentation Integrated in Vehicle PDL | G | Upfitter Evidence eRoom | |
| AR-2.3 | | Technology / Supplier Integration with GCBP Teams Reviewed | G | Upfitter Evidence eRoom | |
| AR-2.4 | | Market / Vehicle Impact Assessment Updated | G | Upfitter Evidence eRoom | |
| AR-2.5 | | Updated - Intelectual Property Protected | G | Upfitter Evidence eRoom | |
| AR-2.6 | | Bill of Material (BoM) Refined / Updated | G | Upfitter Evidence eRoom | |
| AR-2.7 | | Business and Attribute Improvement Targets Finalized | G | Upfitter Evidence eRoom | |
| AR-2.8 | | Global Technology Cycle Plan (GTCP) - Target Vehicle and Timing Confirmed | G | Upfitter Evidence eRoom | |

**Technical**

| Phase/ Deliv N° | | Deliverable | Status | Evidence | Comments & Actions |
|---|---|---|---|---|---|
| AR-3.1 | | Customer Use Cases Verified | G | Upfitter Evidence eRoom | |
| AR-3.2 | | Corporate Standards and Regulatory Requirements Verified | G | Upfitter Evidence eRoom | |
| AR-3.3 | | Benchmarking Updated | G | Upfitter Evidence eRoom | |
| AR-3.4 | | Attribute Requirements Verified | G | Upfitter Evidence eRoom | |
| AR-3.5 | | Ideal Functions Updated | G | Upfitter Evidence eRoom | |
| AR-3.6 | | Requirements on Ideal Functions Updated | G | Upfitter Evidence eRoom | |
| AR-3.7 | | P-diagrams and Boundary Diagrams Updated | G | Upfitter Evidence eRoom | |
| AR-3.8 | | Hardware & Controls Interface Requirements Updated and System Constraints Confirmed | G | Upfitter Evidence eRoom | |
| AR-3.9 | | Design for X ( FMEM & Diagnostics, Safety, Manufacturing, Implementation, Service and Maintenance) Requirements Confirmed | G | Upfitter Evidence eRoom | |
| AR-3.10 | | Compatibility With Other Planned Technologies Reassessed | G | Upfitter Evidence eRoom | |

| | | | |
|---|---|---|---|
| AR-3.11 | Models (Transfer Functions) Verified | G | Upfitter Evidence eRoom |
| AR-3.12 | System Design Confirmed and Design Specifications/Rules Updated | G | Upfitter Evidence eRoom |
| AR-3.13 | Sub-system Requirements Updated | G | Upfitter Evidence eRoom |
| AR-3.14 | Sub-System P-diagrams and Boundary Diagrams Updated | G | Upfitter Evidence eRoom |
| AR-3.15 | Sub-system Design Confirmed and Design Specifications/Rules Updated | G | Upfitter Evidence eRoom |
| AR-3.16 | Quality History Updated | G | Upfitter Evidence eRoom |
| AR-3.17 | FMEA(s) Updated | G | Upfitter Evidence eRoom |
| AR-3.18 | OK to Build <AR> Demonstrator (AR DJ) | G | Upfitter Evidence eRoom |
| AR-3.19 | Robustness Checklist Updated | G | Upfitter Evidence eRoom |
| AR-3.20 | DVP Updated | G | Upfitter Evidence eRoom |
| AR-3.21 | <AR> - level DVP Executed and Reported | G | Upfitter Evidence eRoom |
| AR-3.22 | Technology Robustness Confirmed | G | Upfitter Evidence eRoom |
| AR-3.23 | Attribute & Functional Trade-Offs Completed | G | Upfitter Evidence eRoom |
| AR-3.24 | <AR> Technology Demonstrated (AR DC) | G | Upfitter Evidence eRoom |

## Peer Review

Target Date: _____    Actual Date: _____    Also refer to detail Peer Review comments in hidden columns AJ-AK in this electronic file.

| Peer Review Participants | Peer Review Comments |
|---|---|
| | |

## Gateway Review Agreements

| | Signatures | Date | | | |
|---|---|---|---|---|---|
| Project Leader | | | **Outcome** | Continue to <DJ> | **Date:** 22-Aug-13 |
| Manager | | | | | |

| Gateway Attendance | Comments & Actions |
|---|---|
| | |

| Other Signatures (as required by local departments / managers) | | | | | |
|---|---|---|---|---|---|
| | Name | Date | | Name | Date |
| Director R&A | | | Attribute Leader(s) | | |
| Chief Engineer | | | Core Eng. Chief Engineer | | |
| TBD | | | Program Chief Engineer (CPE/CNE) | | |
| TBD | | | TBD | | |

GIS1 Item Number: 27.50
GIS2 Classification: Secret
Page 2 of 2
QOS Workbook: v.3.10
Filename: 21d8ebf4-e108-4e8e-a05b-026dc3d9a419
Date Printed: 6/30/2023 1:52 PM

GIS1 Item Number: 27.50
GIS2 Classification: Secret

Page 3 of 2
QOS Workbook: v.3.10

Filename:   21d8ebf4-e108-4e8e-a05b-026dc3d9a419
Date Printed:  6/30/2023 1:52 PM

| Ford Product Development | **<DJ> Data Judgement** | Project Output Type Product Technology |
|---|---|---|

| Project No. & Title | 13945 | Upfitter Interface Module |
|---|---|---|

| | | Project Leader | Syed Monnan |
|---|---|---|---|

| Phase/ Deliv N° | MDCCW | **Deliverable** | **Status** RYG Close by | | **Evidence** | **Comments & Actions** |
|---|---|---|---|---|---|---|
| | | **Project Management** | | | | {insert hyperlink here} |
| DJ-1.1 | V | **<DJ> Gateway Review** | | | | |
| DJ-1.2 | V | **<DJ> Gateway Signoff and Archival** | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## Gateway Review Agreements

| | Signatures | Date | | | |
|---|---|---|---|---|---|
| Project Leader | | | Outcome | | Date: |
| Manager | | | | | |

| **Gateway Attendance** | **Comments & Actions** |
|---|---|
| | |

GIS1 Item Number: 27.50
GIS2 Classification: Secret
Page 1 of 1
QOS Workbook: v.3.10
Filename: 21d8ebf4-e108-4e8e-a05b-026dc3d9a419
Date Printed: 6/30/2023 1:52 PM

| | |
|---|---|
| **From:** | Iacovoni, Don (.) <diacovon@ford.com> |
| **Sent:** | Thursday, November 2, 2017 3:09 PM |
| **To:** | White, Brad (B.) <bwhit161@ford.com>; Boyd, John (R.) <jboyd22@ford.com> |
| **Subject:** | UIM Feedback from Knapheide |

Hi guys.  Today we met with a fairly large team from Knapheide, one of our largest commercial upfitters, who had traveled into town here to discuss a number of topics related to our commercial vehicle platforms.  We used this as an opportunity to present some UIM info to them.  So I want to let you know that, first of all, they had no knowledge that we even offered this UIM – and this has been a common response from quite a number of our upfitters, unfortunately.

Once we walked them through the various inputs, outputs and capabilities of the UIM, the response was quite enthusiastic.  In fact, we then tentatively planned a road trip for us to go visit them at one of their main facilities in the next few weeks to investigate a variety of applications for the module.  Also, as I may have previously mentioned to you, we intend to have one or two "show vehicles" at the NTEA show in March 2018 as demonstrators of the UIM capabilities.

→In the meantime, I would really like to be attending whatever meetings are currently taking place for the UIM-2 which I hear is now under development.  I can bring the perspective of the upfitters to these meetings.  In fact, even just today they gave us several ideas on what "adds" to the UIM they would like to see, such as being easily integrated or connected to the Upfitter switch-pack that we offer (typically mounted in the overhead console area).  If you know who the meeting organizers are, please let me know.

Finally, we are still working on our F250 with the snowplow upfit.  We successfully uploaded a program from the Editor to the UIM, and we confirmed the output of the UIM under the programmed criteria (in this case, lift the plow when the transmission is in reverse).  Unfortunately, the UIM signal evidently could not throw the snowplow relay and so the plow started to lift for perhaps a half-second but then it just stopped.  We're suspecting we'll have to wire in a smaller relay that the UIM can trip, which will then trip the snowplow relay – does that sound plausible?  The snowplow relays (mounted underhood) have "50A / 30A" printed on them.  Looking through the UIM manual, we couldn't readily find any amperage limitations for the UIM but that must come into play at some point.

I do certainly want to thank you guys for being available for all the help on the F250 we've been working on – very much appreciated!  (and we're not done yet, lol!)

Regards,

**Don Iacovoni**
Commercial Vehicles
Upfitter Application Engineering
313.805.6329,  PDC 1H-G08, diacovon@ford.com



EXHIBIT
319

FORD090955

| From: | Iacovoni, Don (.) <diacovon@ford.com> |
|---|---|
| Sent: | Monday, March 12, 2018 5:00 PM |
| To: | Boyd, John (R.) <jboyd22@ford.com>; Correia, John (J.) <JCORRE36@ford.com>; White, Brad (B.) <bwhit161@ford.com>; Hart, Jeff (J.E.) <jhart4@ford.com>; Orris, Stephen (S.J.) <sorris1@ford.com>; Nadella, Srikanth (S.) <SNADELL3@ford.com> |
| Subject: | Fwd: Upfitter interface module |

We are already seeing positive results from our demo/display at last week's NTEA Work Truck Show in Indy (see thread below).

I can also say that after each of the live presentations at the show (5 per day) there were people lingering afterwards asking me all sorts of questions about the UIM. You could really see them envisioning how they could put this to good use on their upfits.

I am now even more encouraged than before that we'll see a noticeable uptick in UIM orders (which we of course hope will lead to increased orders for Ford trucks). So we'll certainly stay tuned on this.

Sent from my iPhone

Begin forwarded message:

> **From:** "Koester, Kevin (K.)" <kkoester@ford.com>
> **Date:** March 12, 2018 at 4:04:55 PM EDT
> **To:** "Mouch, Tim (T.A.)" <tmouch@ford.com>, "Iacovoni, Don (.)" <diacovon@ford.com>
> **Cc:** "Ebel, Gregory (G.)" <GEBEL4@ford.com>, "Rathsburg, Brian (B.F.)" <brathsbu@ford.com>
> **Subject: FW: Upfitter interface module**
>
> Gents,
>
> I cornered Jim at NTEA. This one is worth noting. Cox is a very large fleet.
>
>
> Kevin Koester
> Medium Duty Truck and Super Duty Fleet Marketing Manager
> 6N220 RCB
> kkoester@ford.com
> 313-248-8280
>
> ---
> **From:** Ruggirello, Craig (C.S.)
> **Sent:** Monday, March 12, 2018 3:47 PM
> **To:** Koester, Kevin (K.) <kkoester@ford.com>; Kort, Ramzi (R.A.) <rkort@ford.com>; Skrzypiec, Stanley (S.F.) <SSKRZYP1@ford.com>
> **Cc:** Lane, Malene (M.A.) <mlane59@ford.com>; Ellenberger, Julie (J.) <JELLENB5@ford.com>
> **Subject:** FW: Upfitter interface module
>
> FYI -
>
> ---
> **From:** Bigelow, Jim (CEI-Atlanta) [mailto:Jim.Bigelow@coxinc.com]
> **Sent:** Monday, March 12, 2018 2:04 PM
> **To:** Ruggirello, Craig (C.S.)
> **Subject:** RE: Upfitter interface module
>
> Craig,
>
> AT NTEA last week we were talking with the Ford folks about this. We told them it should be on all work trucks, I just want to make sure we get this on all of our trucks.
>
> Thanks,
>
> **Jim Bigelow** | Sr. Director, Enterprise Fleet
> Cox Enterprises, Inc. | 6205-A Peachtree Dunwoody Rd. NE | 7th Floor | Atlanta, GA 30328
> ☎ : 678-645-4580 | 🖷 : 678-645-1597 | ✉ : jim.bigelow@coxinc.com

   

ACT**NOW**.BE**BOLD**.STAY**TRUE.**

> ---
> **From:** Ruggirello, Craig (C.S.) [mailto:cruggire@ford.com]
> **Sent:** Monday, March 12, 2018 8:43 AM

EXHIBIT
**321**

 FORD092260

**To:** Bigelow, Jim (CEI-Atlanta) <Jim.Bigelow@coxinc.com>
**Subject:** RE: Upfitter interface module

Hi Jim – Do you have some questions on the new Upfitter Interface Module?

Sincerely,

Craig Ruggirello

Manager – Vehicle Special Order (VSO)
Ford Motor Company
Desk: (313) 248-2985
Cell: (313) 949-4932
e-mail: cruggire@ford.com

---

**From:** Bigelow, Jim (CEI-Atlanta) [mailto:Jim.Bigelow@coxinc.com]
**Sent:** Thursday, March 08, 2018 10:24 AM
**To:** Ruggirello, Craig (C.S.)
**Subject:** Upfitter interface module



**Jim Bigelow** | Sr. Director, Enterprise Fleet
Cox Enterprises, Inc. | 6205-A  Peachtree Dunwoody Rd. NE |7th Floor | Atlanta, GA  30328
**O** - 678-645-4580 | jim.bigelow@coxinc.com

CONFIDENTIAL

| From: | Richardson, Rob (R.A.) <rricha35@ford.com> |
|---|---|
| Sent: | Tuesday, November 24, 2015 3:53 AM |
| To: | Knieriem, Paul <Paul.Knieriem@magna.com>; Monnan, Syed (S.M.) <smonnan@ford.com>; White, Brad (B.) <bwhit161@ford.com>; Murphy, Richard (R.) <RMURP121@ford.com>; Satyavaram, Ramesh <Ramesh.Satyavaram@magna.com>; Smith, Roger <Roger.Smith@magna.com>; Samuel, Sharon <Sharon.Samuel@magna.com> |
| Cc: | Hamed, Jamal (J.A.) <jhamed@ford.com>; Ald, Gwendolyn (G.M.) <gald@ford.com>; Day, Martin (M.) <mday29@ford.com> |
| Subject: | RE: V362/V408 Upfitter PRIVATE CAN Bus |

Paul,

I may be speaking out of turn here and my role is more on advisement on features and functions as SVE have good immersion in Upfitters / Converters. Your points are very valid but these are some bullet point factors of where we are at:

- I have personally been looking on and off for a CAN interface logic module for 6 years now – still nothing in production for Ford CV. We are >6 years behind the lead competition (as of 2015), need to get this in ASAP.
- We will never get it right for all conversions out there if intend on offering a full system for all.
- CAN message Rx data is a generic want across the board
- We have a deadline of MCA V36x J1 – further churn and redevelopment will put this at risk
- I haven't even seen a statemate model GUI yet on the existing system or any form of prototype – keep it simple for now (current requests)
- Escalating costs / time if more is added. (more ED+T etc)

Kind Regards / Saygilarimla / Mit freundlichen Grüßen / С Уважением / Salutations / 행복하세요 / Met vriendelijke groeten / Vennlig hilsen / 亲切的问候 / Saludos Cordiales / よろしくお願いします



*R ob R ichardson*

SVE Lead Electrical V36x, Support V408

Tel INT: 8738-6145, EXT: +44(0)1268406145
email: rricha35@ford.com
Ford of Europe. An unlimited liability company registered in England and Wales: No.3853720 & 235446. Registered Office: Eagle Way, Brentwood, Essex, CM13 3BW, England. Phone: 44(0)1277 253390. Any advice or assistance provided in the above note (including that given in Ford Motor Company Limited (Ford) Body Equipment Mounting Manual (BEMM) located on the Ford ETiS System) is given in good faith but without any liability of whatsoever kind for any damage or loss which may arise therefrom. Ford cannot be responsible for defects in design or manufacture of third party components, manufacturing processes or systems and installation architecture. Converters and OEM's are responsible for the suitability of their own components use with Ford products and for their system design and interface.

---

**From:** Knieriem, Paul [mailto:Paul.Knieriem@magna.com]
**Sent:** 23 November 2015 19:29
**To:** Monnan, Syed (S.M.); White, Brad (B.); Murphy, Richard (R.); Satyavaram, Ramesh; Smith, Roger; Samuel, Sharon
**Cc:** Hamed, Jamal (J.A.); Ald, Gwendolyn (G.M.); Day, Martin (M.); Richardson, Rob (R.A.)
**Subject:** V362/V408 Upfitter PRIVATE CAN Bus

We might be shooting ourselves in the foot.

We continued the private CAN bus discussion after our meeting and have one overriding question, "**What do the modules on the private CAN bus actually DO? What is their PURPOSE?**"

As we understand, one way they operate is to listen to CAN signals from our module (like vehicle speed, PRNDL, door lock status) as well as hard-wired inputs like Left & Right Stabilizers Deployed and Hand-break Engaged. Their modules perform basic logic on these signals and control some kind of motor or other output.

This is exactly what our Upfitter Interface Module is designed for! We are HELPING our competitors by providing a SAFE CAN bus for them to do their thing.

Alternatively, their modules may do things like record CAN messages to a USB-drive thus acting as a data recorder. We probably COULD do this since we already have a USB port up-and-running. But, this capability has never been added to our functional spec.

Likewise, their modules may do more logic processing than we currently employ. We COULD add whatever logic processing they need, IF we understand WHAT these other private CAN modules actually DO.

Finally, their modules may have hardware features that we currently do not support; such as PWM outputs or analog inputs. Again, if these are essential pieces of our competitor's modules, then why do we not have the same capabilities? As a matter of fact, NOW is the right time to add hardware because we will be doing a new board layout very soon.

EXHIBIT
**394**

In summary, we should be able to REPLACE most, if not ALL, of the private CAN bus modules with our own Upfitter Interface Module and practically do away with the private bus (pushing our competitors out of the market).

And by NOT matching the capabilities of these modules but instead making their lives easier with a SAFE CAN bus, we may simply be shooting ourselves in the foot.

Paul Knieriem

CONFIDENTIAL

# FORD ALLEGED TRADEMARK UNJUST ENRICHMENT

| | IM Actual Market | IM Inflated Market |
|---|---|---|
| UIM U.S. Unit Sales | *81,554* | 81,554 |
| UIM Profit/Unit | $143 | $143 |
| Portion of the Market | 3% | 11% |
| Ford Unjust Enrichment | $349,867 | $1,282,844 |

**EXHIBIT 945.2**

