UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ford Motor Company, et al.,

                Plaintiff(s),

v.                                            Case No. 4:17−cv−11584−TGB−APP
                                                Hon. Terrence G. Berg

Intermotive, Inc., et al.,

                Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Terrence G. Berg at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- SETTLEMENT CONFERENCE:  January 10, 2024 at 09:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                              By: s/A Chubb
                                                                     Case Manager

Dated:   December 8, 2023